RICHARD A. HOYER (SBN 151931)
rhoyer@hoyerlaw.com
SEAN D. MCHENRY (SBN 284175)
smchenry@hoyerlaw.com
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: 415-766-3539
Facsimile: 415-276-1738

Attorneys for Plaintiff
TIMOTHY PRUITT

LYNNE C. HERMLE (STATE BAR NO. 99779)
lchermle@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: 650-614-7400
Facsimile: 650-614-7401

JULIE A. TOTTEN (STATE BAR NO. 166470)
jatotten@orrick.com
LEO MONIZ (STATE BAR NO. 285571)
lmoniz@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: 916-447-9200
Facsimile: 916-329-4900

Attorneys for Defendant
GENENTECH, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY PRUITT,<br><br>        Plaintiff,<br><br>    v.<br><br>GENENTECH, INC.; AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>        Defendants. | Case No. 2:17-CV-00822-JAM-AC<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE REBUTTAL EXPERT DISCLOSURE DEADLINE** |

1     Pursuant to Eastern District of California Local Rule 143, Plaintiff Timothy Pruitt

2  ("Plaintiff") and Defendant Genentech, Inc. ("Defendant"), by their undersigned counsel, hereby

3  stipulate as follows:

4     WHEREAS, on June 21, 2017, the Court issued a Status (Pre-trial Scheduling) Order

5  (Dkt. No. 11), setting case deadlines;

6     WHEREAS, the Court subsequently granted the Parties' joint stipulations to continue the

7  case deadlines in connection with the Parties' efforts to schedule private mediation in an effort to

8  reach a settlement;

9     WHEREAS, pursuant to the Court's orders of June 21, 2017 (Dkt. No. 11), December 7,

10 2017 (Dkt. No. 27), and March 5, 2018 (Dkt. No. 30), the current deadline for supplemental

11 disclosure and disclosure of any rebuttal experts is August 31, 2018, and the deadline for the

12 completion of all discovery is October 15, 2018;

13    WHEREAS, Plaintiff served Defendant with Plaintiff's Expert Disclosures on August 3,

14 2018, designating Charles Mahla, Ph.D. as an expert witness in this matter;

15    WHEREAS, pursuant to agreement of the Parties, Defendant noticed Dr. Mahla's

16 deposition for August 28, 2018;

17    WHEREAS, Plaintiff subsequently informed Defendant that Dr. Mahla now has a conflict

18 on August 28, 2018, because he is scheduled to give trial testimony in another case in Southern

19 California on that date;

20    WHEREAS, Defendant wishes to accommodate Dr. Mahla, but the schedules of counsel

21 and Dr. Mahla do not permit his deposition to be rescheduled sufficiently in advance of the

22 current rebuttal expert disclosure deadline;

23    WHEREAS, the Parties agree that the deadline for Defendant's expert disclosures relating

24 to Dr. Mahla's opinions may be continued, and that no other case deadlines need be altered;

25    WHEREAS, good cause therefore exists for the Court to grant a continuance of the

26 deadline for supplemental disclosure and disclosure of any rebuttal experts.

27 ///

28 ///

1    NOW THEREFORE, the Parties stipulate that the Court may enter an order modifying the
2    deadlines specified by the Status (Pre-trial Scheduling) Order (Dkt. No 11) and the Court's Order
3    of December 7, 2017 (Dkt. No. 27) and Order of March 5, 2018 (Dkt. No. 30) as follows:
4        1.   The date set by the Court for supplemental disclosure and disclosure of any
5    rebuttal experts under Fed. R. Civ. P. 26(a)(2) shall be continued to **September 14, 2018**, solely
6    as to any disclosures that may be made by Defendant relating to the report and/or opinions of
7    Plaintiff's expert Dr. Charles Mahla.
8        2.   All other deadlines in this matter shall remain unaltered.
9    **IT IS SO STIPULATED.**

Dated: August 27, 2018

LYNNE C. HERMLE
JULIE A. TOTTEN
LEO MONIZ
Orrick, Herrington & Sutcliffe LLP

By: _____/s/ Leo Moniz_____
LEO MONIZ
Attorneys for Defendant
GENENTECH, INC.

Dated: August 27, 2018

RICHARD A. HOYER
SEAN D. MCHENRY
Hoyer & Hicks

By: */s/ Sean D. McHenry* (as authorized on August 27, 2018)
SEAN D. MCHENRY
Attorneys for Plaintiff
TIMOTHY PRUITT

## **ORDER**

IT IS SO ORDERED.

Dated: 8/27/2018                    /s/ John A. Mendez___
                                    Hon. John A. Mendez