RICHARD A. HOYER (SBN 151931)
rhoyer@hoyerlaw.com
SEAN D. MCHENRY (SBN 284175)
smchenry@hoyerlaw.com
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone:     415-766-3539
Facsimile:     415-276-1738

Attorneys for Plaintiff
TIMOTHY PRUITT

LYNNE C. HERMLE (STATE BAR NO. 99779)
lchermle@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
Telephone:     650-614-7400
Facsimile:     650-614-7401

JULIE A. TOTTEN (STATE BAR NO. 166470)
jatotten@orrick.com
LEO MONIZ (STATE BAR NO. 285571)
lmoniz@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA  95814-4497
Telephone:     916-447-9200
Facsimile:     916-329-4900

Attorneys for Defendant
GENENTECH, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY PRUITT,<br><br>                  Plaintiff,<br><br>        v.<br><br>GENENTECH, INC.; AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>                  Defendants. | Case No. 2:17-CV-00822-JAM-AC<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE DEADLINE FOR DEFENDANT'S SUPPLEMENTAL DISCLOSURE AND DISCLOSURE OF ANY REBUTTAL EXPERTS** |

1    Pursuant to Eastern District of California Local Rule 143, Plaintiff Timothy Pruitt

2    ("Plaintiff") and Defendant Genentech, Inc. ("Defendant"), by their undersigned counsel, hereby

3    stipulate as follows:

4        WHEREAS, on June 21, 2017, the Court issued a Status (Pre-trial Scheduling) Order

5    (Dkt. No. 11), setting case deadlines;

6        WHEREAS, the Court subsequently granted the Parties' joint stipulations to continue the

7    case deadlines in connection with the Parties' efforts to schedule private mediation in an effort to

8    reach a settlement;

9        WHEREAS, pursuant to the Court's orders of June 21, 2017 (Dkt. No. 11), December 7,

10   2017 (Dkt. No. 27), and March 5, 2018 (Dkt. No. 30), the deadline set for supplemental

11   disclosure and disclosure of any rebuttal experts was August 31, 2018, and the deadline for the

12   completion of all discovery is October 15, 2018;

13       WHEREAS, in an order on August 27, 2018 (Dkt. No. 33), the Court granted the Parties'

14   joint stipulation to continue the deadline for supplemental disclosure and disclosure of any

15   rebuttal experts under Fed. R. Civ. P. 26(a)(2) as to any disclosures by Defendant relating to the

16   report and/or opinions of Plaintiff's expert Dr. Charles Mahla, to accommodate a schedule

17   conflict preventing Dr. Mahla from being deposed prior to the rebuttal disclosure deadline;

18       WHEREAS, the deadline for supplemental disclosure and disclosure of any rebuttal

19   experts under Fed. R. Civ. P. 26(a)(2) is thus presently August 31, 2018, except as to any

20   disclosures that may be made by Defendant relating to the report and/or opinions of Dr. Mahla,

21   for which the deadline is September 14, 2018;

22       WHEREAS, Plaintiff served Defendant with Plaintiff's Expert Disclosures on August 3,

23   2018, designating Plaintiff's treating mental health psychiatrist, Joel Fine, M.D., and Plaintiff's

24   treating mental health therapist, Alexis Rabourn, LMFT, as expert witnesses in this matter;

25       WHEREAS, Defendant took the deposition of Dr. Fine on August 23, 2018;

26   ///

27   ///

28

- 1 -

JOINT STIPULATION & [PROPOSED] ORDER TO
CONTINUE DEFENDANT'S SUPPLEMENTAL /
REBUTTAL EXPERT DEADLINE
CASE NO. 2:17-cv-00822-JAM-AC

1         WHEREAS, Defendant served Ms. Rabourn with a document subpoena on June 22, 2018,

2 with a document production deadline of July 2, 2018, but Ms. Rabourn did not produce

3 responsive documents, despite repeated follow up efforts, until August 10, 2018;

4         WHEREAS, Defendant served Ms. Rabourn with a deposition subpoena on August 17,

5 2018, noticing her deposition for August 27, 2018, and also seeking further production of

6 documents at the deposition;

7         WHEREAS, Defendant began the deposition of Ms. Rabourn on August 27, 2018, but

8 was unable to complete Ms. Rabourn's deposition on that date because she had a scheduling

9 conflict;

10         WHEREAS, Defendant learned during Ms. Rabourn's partially completed deposition that

11 she has not produced all documents responsive to Defendant's subpoena(s);

12         WHEREAS, Plaintiff's counsel was not available to continue Ms. Rabourn's deposition

13 prior to the rebuttal expert disclosure deadline;

14         WHEREAS, the Parties and Ms. Rabourn have agreed that Ms. Rabourn will produce all

15 remaining documents responsive to Defendant's subpoenas by September 5, 2018;

16         WHEREAS, the Parties agree that the deadline for Defendant's supplemental disclosure

17 and disclosure of any rebuttal experts under Fed. R. Civ. P. 26(a)(2) may be continued, and that

18 no other case deadlines need be altered;

19         WHEREAS, good cause therefore exists for the Court to grant a continuance of

20 Defendant's deadline for supplemental disclosure and disclosure of any rebuttal experts.

21         NOW THEREFORE, the Parties stipulate that the Court may enter an order modifying the

22 deadlines specified by the Status (Pre-trial Scheduling) Order (Dkt. No 11) and the Court's

23 Orders of December 7, 2017 (Dkt. No. 27), March 5, 2018 (Dkt. No. 30), and August 27, 2018

24 (Dkt. No. 33), as follows:

25         1.     The date set by the Court for supplemental disclosure and disclosure of any

26 rebuttal experts under Fed. R. Civ. P. 26(a)(2) shall be continued for Defendant to **September 14,**

27 **2018**.

28

JOINT STIPULATION & [PROPOSED] ORDER TO
CONTINUE DEFENDANT'S SUPPLEMENTAL /
REBUTTAL EXPERT DEADLINE
CASE NO. 2:17-cv-00822-JAM-AC

1    2.    All other deadlines in this matter shall remain unaltered.

2    **IT IS SO STIPULATED.**

3    Dated: August 31, 2018              LYNNE C. HERMLE
                                          JULIE A. TOTTEN
4                                         LEO MONIZ
                                          Orrick, Herrington & Sutcliffe LLP
5

6                                         By: _____*/s/ Leo Moniz*_____
                                                        LEO MONIZ
7                                              Attorneys for Defendant
                                                  GENENTECH, INC.
8

9    Dated: August 31, 2018              RICHARD A. HOYER
                                          SEAN D. MCHENRY
10                                        Hoyer & Hicks

11                                        By: *__/s/ Sean D. McHenry*__ (as authorized on August 31, 2018)
                                                     SEAN D. MCHENRY
12                                             Attorneys for Plaintiff
                                                  TIMOTHY PRUITT
13

14

15                                        <u>**ORDER**</u>

16   IT IS SO ORDERED.

17

18   Dated:  August 31, 2018                              /s/ John A. Mendez____
                                                          Hon. John A. Mendez
19

20

21

22

23

24

25

26

27

28

- 3 -