SEAN D. MCHENRY (SBN 284175)
sean@mchenryemployment.com
MCHENRY LAW FIRM
201 Spear Street, Suite 1100
San Francisco, CA 94105
Telephone:    415-494-8422

Attorney for Plaintiff
TIMOTHY PRUITT


LYNNE C. HERMLE (STATE BAR NO. 99779)
lchermle@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
Telephone:    650-614-7400
Facsimile:    650-614-7401

JULIE A. TOTTEN (STATE BAR NO. 166470)
jatotten@orrick.com
LEO MONIZ (STATE BAR NO. 285571)
lmoniz@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA  95814-4497
Telephone:    916-447-9200
Facsimile:    916-329-4900

Attorneys for Defendant
GENENTECH, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY PRUITT,<br><br>          Plaintiff,<br><br>   v.<br><br>GENENTECH, INC.; AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>        Defendants. | Case No. 2:17-CV-00822-JAM-AC<br><br>**JOINT STIPULATION AND ORDER SETTING SUMMARY JUDGMENT MOTION BRIEFING DEADLINES** |

Pursuant to Eastern District of California Local Rules 143 and 144, Plaintiff Timothy Pruitt ("Plaintiff") and Defendant Genentech, Inc. ("Defendant"), by their undersigned counsel, hereby stipulate as follows:

WHEREAS, on June 21, 2017, the Court issued a Status (Pre-trial Scheduling) Order (Dkt. No. 11), setting case deadlines;

WHEREAS, the Court subsequently granted the Parties' joint stipulations to continue the case deadlines in connection with the Parties' efforts to schedule private mediation in an effort to reach a settlement;

WHEREAS, pursuant to the Court's orders of June 21, 2017 (Dkt. No. 11), December 7, 2017 (Dkt. No. 27), and March 5, 2018 (Dkt. No. 30), the deadline for filing dispositive motions is December 11, 2018, and the dispositive motion hearing is scheduled for January 8, 2019 at 1:30 p.m.;

WHEREAS, Defendant intends to file a Motion for Summary Judgment, or, in the Alternative, Partial Summary Judgment ("Defendant's Motion"), while Plaintiff does not intend to file a motion for summary judgment;

WHEREAS, the Parties understand that, by operation of the Local Rules and the Federal Rules of Civil Procedure, Plaintiff's opposition to Defendant's Motion will be due on December 24, 2018, and Defendant's reply will be due on December 31, 2018;

WHEREAS, the Parties agree to modify the summary judgment briefing schedule, in order to minimize disruption to holiday plans of counsel;

NOW, THEREFORE, the Parties stipulate that the Court may enter an order providing as follows:

1.      Defendant's Motion for Summary Judgment, or, in the Alternative, Partial Summary Judgment ("Defendant's Motion"), shall be filed by the later of (i) one business day following issuance of the Court entering this Joint Stipulation and Order, or (ii) Friday, **November 30, 2018**; any papers Plaintiff may file in opposition to Defendant's Motion shall be filed by **December 18, 2018**; and any reply papers Defendant may file in support of Defendant's

Motion shall be filed by **December 31, 2018**.    However, if the Court has not entered an order adopting these proposed deadlines by 8 p.m. on December 3, 2018, then the Parties shall use the existing briefing schedule as set by the Court's March 5, 2018 Order (Dkt. No. 30) and the operation of any applicable Local Rules and/or Federal Rules of Civil Procedure.

2.    All other deadlines in this matter shall remain unaltered.

**IT IS SO STIPULATED.**

Dated: November 29, 2018        LYNNE C. HERMLE
JULIE A. TOTTEN
LEO MONIZ
Orrick, Herrington & Sutcliffe LLP

By: _____*/s/ Leo Moniz*_____
LEO MONIZ
Attorneys for Defendant
GENENTECH, INC.

Dated: November 29, 2018        SEAN D. MCHENRY
McHenry Law Firm

By: _*/s/ Sean D. McHenry* (as authorized on Nov.29, 2018)_
SEAN D. MCHENRY
Attorney for Plaintiff
TIMOTHY PRUITT

**ORDER**

IT IS SO ORDERED.

Dated:   11/30/2018                /s/ John A. Mendez_____
Hon. John A. Mendez