Jean K. Hyams (SBN 144425)
LEVY VINICK BURRELL HYAMS LLP
180 Grand Avenue, Suite 1300
Oakland, CA 94612
Tel.: (510) 318-770
jean@levyvinick.com

Sean D. McHenry (SBN 284175)
MCHENRY LAW FIRM
201 Spear St., Suite 1100
San Francisco, CA 94105
Tel.: (415) 494-8422
sean@mchenryemployment.com

Attorneys for Plaintiff
TIMOTHY PRUITT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY PRUITT,<br><br>                Plaintiff,<br><br>vs.<br><br>GENENTECH, INC.,<br><br>                Defendant. | Case No. 2:17-CV-00822-JAM-AC<br><br>**ORDER GRANTING PLAINTIFF TIMOTHY PRUITT'S REQUEST TO SEAL DOCUMENTS SUBMITTED IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT GENENTECH, INC.'S MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Date: January 8, 2019<br>Time: 1:30 p.m.<br>Courtroom: 6 – 14th Floor<br>Judge: Hon. John A. Mendez<br><br>Complaint filed: March 10, 2017<br>Trial date: April 1, 2019 |

Case No. 2:17-CV-00822-JAM-AC
[Proposed] Order Granting Plaintiff's Request to Seal Documents Submitted in Support of
Opposition to Motion for Summary Judgment

| | |
|---|---|
| 1 | Having considered Plaintiff Timothy Pruitt's ("Plaintiff") Request to Seal Documents |
| 2 | Submitted in Support of Plaintiff's Opposition to Defendant Genentech, Inc.'s Motion for Summary |
| 3 | Judgment, or, in the Alternative, Partial Summary Judgment (Plaintiff's "Request"), the materials |
| 4 | lodged therewith, and the other papers and pleadings on file herein, the Court hereby finds that there |
| 5 | are compelling reasons to grant Plaintiff's Request. |
| 6 | Accordingly, Plaintiff's Request is GRANTED, as follows. |
| 7 | The following documents may be filed on the public docket with redactions, as reflected in |
| 8 | the proposed redacted documents lodged with Plaintiff's Request, while the unredacted versions |
| 9 | shall be permanently sealed: |

- The Memorandum of Points and Authorities in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment, or, in the Alternative, Partial Summary Judgment
- Plaintiff's Statement of Disputed Facts in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment, or, in the Alternative, Partial Summary Judgment
- Plaintiff's Responses to Defendant's Statement of Undisputed Facts in Support of Defendant's Motion for Summary Judgment, or, in the Alternative, Partial Summary Judgment
- Sean McHenry's Declaration in Opposition to Defendant's Motion for Summary Judgment, or, in the Alternative, Partial Summary Judgment
- Plaintiff Timothy Pruitt's Declaration in Opposition to Defendant's Motion for Summary Judgment, or, in the Alternative, Partial Summary Judgment

Within seven (7) days of entry of this Order, Plaintiff shall submit to the Clerk copies of all of the documents encompassed by this Order for filing under seal pursuant to Local Rule 141(e)(2), and shall file on the public docket versions of the proposed redacted documents that Plaintiff lodged with its Request, with redactions applied.

1
Case No. 2:17-CV-00822-JAM-AC
[Proposed] Order Granting Plaintiff's Request to Seal Documents Submitted in Support of
Opposition to Motion for Summary Judgment

**IT IS SO ORDERED.**

Dated: 12/19/2018

/s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge