| | |
|---|---|
| 1 | LYNNE C. HERMLE (STATE BAR NO. 99779) |
| | lchermle@orrick.com |
| 2 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 1000 Marsh Road |
| 3 | Menlo Park, CA 94025-1015 |
| | Telephone: 650 614 7400 |
| 4 | Facsimile: 650 614 7401 |
| 5 | JULIE A. TOTTEN (STATE BAR NO. 166470) |
| | jatotten@orrick.com |
| 6 | LEO MONIZ (STATE BAR NO. 285571) |
| | lmoniz@orrick.com |
| 7 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 400 Capitol Mall, Suite 3000 |
| 8 | Sacramento, CA 95814-4497 |
| | Telephone: 916 447 9200 |
| 9 | Facsimile: 916 329 4900 |
| 10 | Attorneys for Defendant |
| | GENENTECH, INC. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY PRUITT, | Case No. 2:17-CV-00822-JAM-AC |
| Plaintiff, | **ORDER GRANTING DEFENDANT GENENTECH, INC.'S SUPPLEMENTAL REQUEST TO SEAL DOCUMENTS SUBMITTED BY PLAINTIFF IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** |
| v. | |
| GENENTECH, INC.; AND DOES 1 THROUGH 10, INCLUSIVE, | |
| Defendants. | |
| | Date: January 8, 2019 |
| | Time: 1:30 p.m. |
| | Courtroom: 6, 14th floor |
| | Judge: Hon. John A. Mendez |
| | Date Action Filed: April 19, 2017 |
| | Trial Date: April 1, 2019 |

1  Having considered Defendant Genentech, Inc.'s ("Genentech") Supplemental Request to Seal Documents Submitted by Plaintiff in Opposition to Genentech's Motion for Summary Judgment, or, in the Alternative, Partial Summary Judgment ("Supplemental Request to Seal"), the materials lodged therewith, and the other papers and pleadings on file herein, the Court hereby finds that there are compelling reasons to grant Genentech's Supplemental Request to Seal.

Accordingly, Genentech's Supplemental Request to Seal is GRANTED, as follows:

When Plaintiff files redacted public versions of the Declaration of Sean McHenry in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment, and Exhibits A, B, I, L, and S thereto, as previously provided by the Court's December 26, 2018 Order (ECF No. 64), Plaintiff shall also redact the portions of those documents highlighted by Genentech in the versions lodged with its Supplemental Request to Seal.

The unredacted versions of the above-referenced documents have already been filed under seal, and the additional portions for which Genentech requested sealing shall remain permanently sealed, with access limited to attorneys of record, parties, and Court personnel.

IT IS SO ORDERED.

Dated: 1/2/2019

/s/ John A. Mendez

Honorable John A. Mendez
United States District Court Judge