1 | LYNNE C. HERMLE (STATE BAR NO. 99779)
lchermle@orrick.com
2 | ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
3 | Menlo Park, CA 94025-1015
Telephone: 650 614 7400
4 | Facsimile: 650 614 7401

5 | JULIE A. TOTTEN (STATE BAR NO. 166470)
jatotten@orrick.com
6 | LEO MONIZ (STATE BAR NO. 285571)
lmoniz@orrick.com
7 | ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
8 | Sacramento, CA 95814-4497
Telephone: 916 447 9200
9 | Facsimile: 916 329 4900

Attorneys for Defendant
GENENTECH, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY PRUITT,<br><br>Plaintiff,<br><br>v.<br><br>GENENTECH, INC.; AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | Case No. 2:17-CV-00822-JAM-AC<br><br>**ORDER GRANTING DEFENDANT GENENTECH, INC.'s REQUEST TO SEAL DOCUMENTS SUBMITTED IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Date: January 8, 2019<br>Time: 1:30 p.m.<br>Courtroom: 6, 14th floor<br>Judge: Hon. John A. Mendez<br><br>Date Action Filed: April 19, 2017<br>Trial Date: April 1, 2019 |

1         Having considered Defendant Genentech, Inc.'s ("Genentech") Request to Seal Documents Submitted in Support of Reply in Support of Motion for Summary Judgment, or, in the Alternative, Partial Summary Judgment (Genentech's "Request"), the materials lodged therewith, and the other papers and pleadings on file herein, the Court hereby finds that there are compelling reasons to grant Genentech's Request.

        Accordingly, Genentech's Request is GRANTED, as follows. The following documents, which Genentech lodged with its Request, may be filed on the public docket with redactions, as reflected in the proposed redacted documents lodged with Genentech's Request, while the unredacted versions shall be permanently sealed:

- Defendant Genentech, Inc.'s Reply in Support of Motion for Summary Judgment, or, in the Alternative, Partial Summary Judgment;
- Defendant Genentech, Inc.'s Response to Plaintiff's Statement of Disputed Facts in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment, or, in the Alternative, Partial Summary Judgment;
- Defendant Genentech, Inc.'s Objections to Evidence Submitted in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment, or, in the Alternative, Partial Summary Judgment; and
- Exhibit B to the Supplemental Declaration of Julie A. Totten in Support of Defendant Genentech, Inc.'s Reply in Support of Motion for Summary Judgment, or, in the Alternative, Partial Summary Judgment.

        The Clerk shall file under seal the documents that Genentech lodged with its Request. Access to the sealed documents shall be limited to attorneys of record, parties, and Court personnel.

        Within seven (7) days of entry of this Order, Genentech shall file on the public docket versions of the documents specified above with Genentech's proposed redactions applied.

        IT IS SO ORDERED.

Dated: 1/2/2019.

/s/ John A. Mendez

Honorable John A. Mendez
United States District Court Judge