1
2
3
4
5
6
7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | TIMOTHY PRUITT,                          )   Case No. 2:17-cv-00822 JAM-AC
                                              )
12 |             Plaintiff,                    )   **PRETRIAL CONFERENCE ORDER**
                                              )
13 |     v.                                    )
                                              )
14 | GENENTECH, INC., and DOES 1              )
   | THROUGH 10, INCLUSIVE,                    )
15 |                                          )
   |             Defendants.       )
16

17     Pursuant to court order, a Pretrial Conference was held on

18 February 22, 2019 before Judge John Mendez.  Jean K. Hyams and Sean

19 D. McHenry appeared as counsel for plaintiff; Lynne C. Hermle,

20 Julie A. Totten and Leo Moniz appeared as counsel for defendant.

21 After hearing, the Court makes the following findings and orders:

22                       I. JURISDICTION/VENUE

23     Jurisdiction is predicated upon 28 U.S.C. § 1331, and has

24 previously been found to be proper by order of this court, as has

25 venue.  Those orders are confirmed.

26                       II. JURY/NON-JURY

27     Plaintiff has demanded a jury trial, which defendant does not

28 contest.

1

1  III. STATEMENT TO BE READ TO JURY

2  Seven (7) days prior to trial the parties shall E-file a joint

3  statement of the case that may be read to the jury at the beginning

4  of jury selection.

5  IV. UNDISPUTED FACTS

6  1.    Plaintiff was employed by Genentech from July 6, 1998

7  through July 27, 2016.

8  2.    In or around June 2016, Plaintiff complained to Genentech

9  Senior Manager, Employee Relations Joe Rodriguez that he believed

10 his supervisor, Steve Graeff, was treating him differently because

11 of his race.

12 3.    Genentech terminated Plaintiff's employment effective

13 July 27, 2016.

14 V. DISPUTED FACTUAL ISSUES

15 1.    Whether Mr. Pruitt's report of race discrimination was a

16 substantial motivating reason for Genentech's decision to terminate

17 his employment.

18 2.    Whether Mr. Pruitt's report of race discrimination was a

19 contributing factor in Genentech's decision to terminate his

20 employment.

21 3.    Whether Mr. Pruitt was harmed as a result of his

22 termination from Genentech.

23 4.    Whether Mr. Pruitt's termination from Genentech was a

24 substantial factor in causing Plaintiff harm.

25 5.    Whether Genentech would have terminated Mr. Pruitt anyway

26 at that time, for legitimate, independent reasons.

27 6.    Whether Mr. Pruitt has suffered past and future lost

28 earnings and benefits and the amount of any past and future lost

2

1  earnings and benefits.

2      7.   Whether employment substantially similar to Mr. Pruitt's
3  former job was available to Plaintiff.

4      8.   Whether Mr. Pruitt made reasonable efforts to seek
5  employment substantially similar to his former job.

6      9.   The amount that Mr. Pruitt could have earned from
7  replacement employment.

8      10.  Whether Mr. Pruitt is entitled to recover prejudgment
9  interest for any damages for past lost earnings and the amount of
10 any such prejudgment interest.

11     11.  Whether Mr. Pruitt has suffered or will suffer past
12 and/or future emotional distress and the amount of damages for any
13 such emotional distress.

14     The parties do not agree regarding how to frame certain other
15 factual disputes and therefore set them forth separately:

16     **A.   Plaintiff's list of additional factual disputes:**

17     1.   Whether Genentech subjected Mr. Pruitt to heightened
18 scrutiny in retaliation for his report of race discrimination.
19 (The parties disagree whether this factual dispute is a proper
20 issue for trial.)

21     2.   Whether misconduct by Mr. Pruitt was also a substantial
22 motivating reason for Genentech's decision to terminate his
23 employment.   (The parties disagree whether this factual dispute is
24 a proper issue for trial.)

25     3.   Whether Genentech would have terminated Mr. Pruitt's
26 employment anyway at the same time based on misconduct had
27 Genentech not also been substantially motivated by retaliation.
28 ///

3

**B. Defendant's list of additional factual disputes:**

1. Whether Genentech's belief that Plaintiff had committed misconduct was a substantial motivating reason for Genentech's decision to terminate Plaintiff's employment.

2. Whether Genentech would have terminated Plaintiff anyway at that time based on Genentech's belief that Plaintiff had committed misconduct had Genentech not also been substantially motivated by retaliation.

## VI. DISPUTED EVIDENTIARY ISSUES

The Court and the parties have discussed and resolved several disputed evidentiary issues raised in the Joint Pretrial Statement (ECF No. 81). The Court acknowledges that the need for other motions *in limine* may become apparent to the parties as they continue to prepare for trial. The parties agreed that they will meet and confer in an effort to resolve those disputes before bringing a motion.

## VII. RELIEF SOUGHT

Plaintiff seeks past and future economic and non-economic damages under the Fair Employment and Housing Act (FEHA) and California Labor Code Section 1102.5. Plaintiff also seeks a civil penalty not exceeding ten thousand dollars pursuant to California Labor Code Section 1102.5(f). Plaintiff seeks all available interest, including pre- and post-judgment interest. Should Plaintiff prevail on his FEHA claim at trial, he will seek his costs and attorneys' fees incurred in this action pursuant to Cal. Gov. Code §12965(b).

## VIII. POINTS OF LAW

Trial briefs shall be E-filed with the court no later than

4

1  March 25, 2019. Any points of law not previously argued to the
2  Court should be briefed in the trial briefs.

3                        IX. ABANDONED ISSUES

4      The parties are not aware of any abandoned issues in this
5  case.

6                          X. WITNESSES

7      Plaintiff anticipates calling the following witnesses:

8      1.   Timothy Pruitt

9      2.   Vertie Andre

10     3.   Timiesha Pruitt

11     4.   Alexis Rabourn

12     5.   Dr. Joel Fine

13     6.   Charles Mahla

14     7.   Steve Graeff

15     8.   Karen Hall

16     9.   Joe Rodriguez

17     10.  Kim Simmons

18     11.  Javier Vargaz

19     12.  Dan Williams

20     13.  Thomas Barillaro

21     14.  Mariela Ramirez

22     15.  Humayon Sarwari

23     Defendant anticipates calling the following witnesses:

24     1.   Steven Brown

25     2.   Gerald Byrd

26     3.   Mitch Duran

27     4.   Rudy Evangelista

28     5.   Mark Gottas

1   6.   Steve Graeff

2   7.   Albert Hall

3   8.   Karen Hall

4   9.   Navkaran Jagpal

5   10.   Tammy James-Ishibashi

6   11.   Patrick Lynch

7   12.   Angela Mauro

8   13.   Eileen Murray

9   14.   Julia Myers

10   15.   Timothy Pruitt

11   16.   Mariela Ramirez

12   17.   Natasha Reckless

13   18.   Joe Rodriguez

14   19.   Kim Simmons

15   20.   Javier Vargaz

16   21.   Dan Williams

17   22.   Custodian of Records for Advantage Technical Resourcing,

18   Inc.

19   23.   Custodian of Records for Alameda County Human Resource

20   Services Department

21   24.   Custodian of Records for Monster Worldwide, Inc.

22   25.   Custodian of Records for Robert Half International Inc.

23   26.   Malcolm S. Cohen

24   27.   Laura R. Steiner

25   28.   Dr. Mark Kalish

26   29.   Henry Miller

27   30.   J. Duross O'Bryan, Jr.

28   ///

1    Each party reserves its right to object to any witness not

2  timely or properly disclosed pursuant to Fed. R. Civ. P. 26.  Each

3  party may also call a witness designated by the other.

4    A.    No other witnesses will be permitted to testify unless:

5         (1)   The party offering the witness demonstrates that the

6  witness is for the purpose of rebutting evidence which could not be

7  reasonably anticipated at the Pretrial Conference, or

8         (2)   The witness was discovered after the Pretrial

9  Conference and the proffering party makes the showing required in

10  "B" below.

11    B.    Upon the post-Pretrial discovery of witnesses, the

12  attorney shall promptly inform the court and opposing parties of

13  the existence of the unlisted witnesses so that the court may

14  consider at trial whether the witnesses shall be permitted to

15  testify.  The evidence will not be permitted unless:

16         (1)   The witnesses could not reasonably have been

17  discovered prior to Pretrial;

18         (2)   The court and opposing counsel were promptly

19  notified upon discovery of the witnesses;

20         (3)   If time permitted, counsel proffered the witnesses

21  for deposition;

22         (4)   If time did not permit, a reasonable summary of the

23  witnesses' testimony was provided opposing counsel.

24                    XI. EXHIBITS, SCHEDULES AND SUMMARIES

25    Plaintiff's exhibit list is attached to this Pretrial

26  Conference Order as Exhibit A.

27    Defendant's exhibit list is attached to this Pretrial

28  Conference Order as Exhibit B.

1      Each party may use an exhibit designated by the other.

2      A.    No other exhibits will be permitted to be introduced

3   unless:

4           (1)   The party proffering the exhibit demonstrates that

5   the exhibit is for the purpose of rebutting evidence which could

6   not be reasonably anticipated at the Pretrial Conference, or

7           (2)   The exhibit was discovered after the Pretrial

8   Conference and the proffering party makes the showing required in

9   paragraph "B," below.

10      B.    Upon the post-Pretrial discovery of exhibits, the

11   attorneys shall promptly inform the court and opposing counsel of

12   the existence of such exhibits so that the court may consider at

13   trial their admissibility.  The exhibits will not be received

14   unless the proffering party demonstrates:

15           (1)   The exhibits could not reasonably have been

16   discovered prior to Pretrial;

17           (2)   The court and counsel were promptly informed of

18   their existence;

19           (3)   Counsel forwarded a copy of the exhibit(s) (if

20   physically possible) to opposing counsel.  If the exhibit(s) may

21   not be copied, the proffering counsel must show that he has made

22   the exhibit(s) reasonably available for inspection by opposing

23   counsel.

24      As to each exhibit, each party is ordered to exchange copies

25   of the exhibit not later than fourteen (14) days before trial.

26   Each party is then granted five (5) days to file and serve

27   objections to any of the exhibits.  In making the objection, the

28   party is to set forth the grounds for the objection.  The parties

1 shall pre-mark their respective exhibits in accord with the Court's
2 Pretrial Order.   Exhibit stickers may be obtained through the
3 Clerk's Office.   An original and one (1) copy of the exhibits shall
4 be presented to Harry Vine, Deputy Courtroom Clerk, at 8:30 a.m. on
5 the date set for trial or at such earlier time as may be agreed
6 upon.   Mr. Vine can be contacted at (916) 930-4091 or via e-mail
7 at: hvine@caed.uscourts.gov.   As to each exhibit which is not
8 objected to, it shall be marked and may be received into evidence
9 on motion and will require no further foundation.   Each exhibit
10 which is objected to will be marked for identification only.

11                       XII.  DISCOVERY DOCUMENTS

12        Plaintiff intends to offer the following discovery at trial:
13        1.    Plaintiff's Special Interrogatory No. 11 and Defendant's
14 Answer.

15        Defendant intends to offer the following discovery at trial:
16        1.    Plaintiff's Fifth Amended Responses to Defendant's
17 Special Interrogatories, Set One: Responses to Interrogatories Nos.
18 9, 10, and 11.

19        2.    Plaintiff's Amended Responses to Defendant's Special
20 Interrogatories, Set Two:  Response to Interrogatory No. 17.

21                    XIII.  FURTHER DISCOVERY OR MOTIONS

22        Pursuant to the court's Status Conference Order, all discovery
23 and law and motion was to have been conducted so as to be completed
24 as of the date of the Pretrial Conference.   That order is
25 confirmed.   The parties are free to do anything they desire
26 pursuant to informal agreement.   However, any such agreement will
27 not be enforceable in this court.

28 ///

                                    9

1

XIV. STIPULATIONS

2    The parties informed the Court that they will meet and confer
3  with the intention of entering into stipulations regarding the
4  following:

5    1.   The Parties will not introduce any argument or evidence
6  that Plaintiff's domestic partner was improperly or fraudulently
7  receiving healthcare benefits through his employment with
8  Genentech.

9    2.   The Parties will not introduce evidence regarding
10  Defendant's financial condition.

11    3.   Plaintiff will not elicit opinion testimony from Humayon
12  "Harry" Sarwari that Steve Graeff is a "racist," nor will Plaintiff
13  introduce Mr. Sarwari's declaration from the summary judgment
14  proceedings.

15    4.   Plaintiff timely and properly exhausted his
16  administrative remedies by filing a complaint with the Department
17  of Fair Employment and Housing and receiving a right to sue notice.

18    5.   The Parties will not introduce evidence or argument
19  regarding Plaintiff's alleged misclassification, other litigation
20  against Genentech, or Plaintiff's participation in a prior wage and
21  hour class action.

22    6.   Genentech will also seek to meet and confer with
23  Plaintiff with the intention of entering into a stipulation that
24  Plaintiff engaged in protected activity under FEHA and California
25  Labor Code section 1102.5.

26    Any stipulations that are entered into by the parties should
27  be submitted in writing to the Court no later than the first day of
28  trial.

10

1          XV. AMENDMENTS/DISMISSALS

2     None.

3          XVI. FURTHER TRIAL PREPARATION

4     A.    Counsel are directed to Local Rule 285 regarding the
5  contents of trial briefs.  Such briefs should be E-filed on or
6  before March 25, 2019.

7     B.    Counsel are further directed to confer and to attempt to
8  agree upon a joint set of jury instructions.  The joint set of
9  instructions shall be lodged via ECF with the court clerk on or
10  before March 25, 2019 and shall be identified as the "Jury
11  Instructions Without Objection."  As to instructions as to which
12  there is dispute the parties shall submit the instruction(s) via
13  ECF as its package of proposed jury instructions on or before March
14  25, 2019.  This package of proposed instructions should not include
15  the "Jury Instructions Without Objection" and should be clearly
16  identified as "Disputed Jury Instructions" on the proposed
17  instructions.

18     The parties shall e-mail a set of all proposed jury
19  instructions in word format to the Court's Judicial Assistant, Jane
20  Klingelhoets, at: jklingelhoets@caed.uscourts.gov.

21     C.    It is the duty of counsel to ensure that a hard copy of
22  any deposition which is to be used at trial has been lodged with
23  the Clerk of the Court pursuant to Local Rule 133(j).  The
24  depositions shall be lodged with the court clerk seven (7) calendar
25  days prior to the date of the trial.  Counsel are cautioned that a
26  failure to discharge this duty may result in the court precluding
27  use of the deposition or imposition of such other sanctions as the
28  court deems appropriate.

11

1    D.    The parties are ordered to E-file with the court and
2  exchange between themselves not later than one (1) week before the
3  trial a statement designating portions of depositions intended to
4  be offered or read into evidence (except for portions to be used
5  only for impeachment or rebuttal).

6    E.    The parties are ordered to E-file with the court and
7  exchange between themselves not later than one (1) week before
8  trial the portions of Answers to Interrogatories and/or Requests
9  for Admission which the respective parties intend to offer or read
10 into evidence at the trial (except portions to be used only for
11 impeachment or rebuttal).

12   F.    Each party may submit proposed voir dire questions the
13 party would like the court to put to prospective jurors during jury
14 selection.   Proposed voir dire should be submitted via ECF one (1)
15 week prior to trial.

16   G.    Each party may submit a proposed verdict form that the
17 party would like the Court to use in this case.   Proposed verdict
18 forms should be submitted via ECF one (1) week prior to trial.

19   H.    In limine motions shall be E-filed separately on or
20 before March 22, 2019.   Opposition briefs shall be E-filed on or
21 before March 27, 2019.   No reply briefs may be filed.

22                    XVII. SETTLEMENT NEGOTIATIONS

23       No further formal Settlement Conference will be set in this
24 case at this time.

25                      XVIII. AGREED STATEMENTS

26       See paragraph III, *supra*.

27                    XIX. SEPARATE TRIAL OF ISSUES

28       Defendant requests a separate trial of the issues of liability

12

1   and damages.  Plaintiff opposes this request.  For the reasons
2   stated at the Pretrial Conference the Court denies defendant's
3   bifurcation request.

4                XX. IMPARTIAL EXPERTS/LIMITATION OF EXPERTS

5        The Parties agree that appointment by the Court of impartial
6   expert witnesses or limitation of the number of expert witnesses is
7   not advisable.

8                       XXI. ATTORNEYS' FEES

9        The matter of the award of attorneys' fees to prevailing
10  parties pursuant to statute will be handled by motion in accordance
11  with Local Rule 293.

12                       XXII. MISCELLANEOUS[1]

13       The Parties suggest that a special verdict form would aid in
14  the disposition of the action.  In response, the Court indicated
15  its preference for a general verdict form.

16              XXIII. ESTIMATE OF TRIAL TIME/TRIAL DATE

17       The parties estimate four (4) to five (5) court days for
18  trial.  Trial will commence on or about April 1, 2019, at 9:00 a.m.

19       Counsel are to call Harry Vine, Courtroom Deputy, at
20  (916) 930-4091, one week prior to trial to ascertain the status of
21  the trial date.

22  ///

23  ///

24  _____

25  [1] The Court expresses its sincere appreciation to counsel for
    pointing out the language regarding the use of footnotes in Joint
    Pretrial Statements which is contained in the Court's
26  Status/Scheduling Order (ECF No. 11, p. 6).  This unintended
    approval of the use of footnotes has been permanently removed from
27  this Status/Scheduling Order form.  This is also the first and last
    time that this Court will include a footnote in a Pretrial
28  Conference Order.

1          XXIV. OBJECTIONS TO PRETRIAL ORDER

2          Each party is granted seven (7) days from the date of this

3   Pretrial Order to object or respond to it via ECF.

4          IT IS SO ORDERED.

5   DATED: February 22, 2019

6                                   JOHN A. MENDEZ
                                    UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT A**

1   JEAN K. HYAMS (SBN 144425)
    LEVY VINICK BURRELL HYAMS LLP
2   180 Grand Avenue, Suite 1300
    Oakland, CA 94612
3   Tel.: (510) 318-770
    jean@levyvinick.com
4

5   SEAN D. MCHENRY (SBN 284175)
    MCHENRY LAW FIRM
6   201 Spear St., Suite 1100
    San Francisco, CA  94105
7   Tel.: (415) 494-8422
8   sean@mchenryemployment.com

9   Attorneys for Plaintiff
    TIMOTHY PRUITT
10

11

12                  UNITED STATES DISTRICT COURT

13                  EASTERN DISTRICT OF CALIFORNIA

14

15

16  TIMOTHY PRUITT,                          Case No. 2:17-CV-00822-JAM-AC

17                      Plaintiff,           **PLAINTIFF'S TRIAL EXHIBIT LIST**

18
                         vs.
19                                           Judge: Hon. John A. Mendez
20  GENENTECH, INC.,                         Courtroom: 6 – 14th Floor

21                      Defendant.           Date Action Filed: March 10, 2017
                                             Trial Date: April 1, 2019
22

23                          **EXHIBIT A**

24

25

26

27

28

**PLAINTIFF'S TRIAL EXHIBIT LIST, EXHIBIT A**                              1

Plaintiff Timothy Pruitt hereby submits his Trial Exhibit List, as follows.

| TRIAL EX. NO. | DATE | DESCRIPTION | BATES RANGE |
|---|---|---|---|
| 1. | 5/21/2013 | Williams email to Hall regarding replacing Plaintiff | GENE 2706 |
| 2. | 3/6/2014 | Plaintiff's 2014 equity award | GENE 3875-3876 |
| 3. | 3/5/2015 | Plaintiff's 2015 equity award | GENE 3879-3880 |
| 4. | 3/3/2016 | Plaintiff's 2016 equity award | GENE 1975-1976 |
| 5. | 2016 | Organizational chart depicting Plaintiff in 2016 | GENE 4505 |
| 6. | 4/6/2016 | Email from Graeff regarding whether Plaintiff's leave was work related | GENE 733 |
| 7. | 6/15/2016 | Rodriguez notes from call with Plaintiff | GENE 989-993 |
| 8. | 6/17/2016 | Rodriguez email requesting time records | GENE 2974 |
| 9. | Various | Time records of Wehner | GENE 1014-1020 |
| 10. | Various | Defendant log of IT tickets by Plaintiff | GENE 785 |
| 11. | Various | Time records for Matt Wehner during the period he and Pruitt reported to Graeff | GENE 4140-4150 |
| 12. | 6/27/2016 | Plaintiff email to Graeff regarding timecards review | GENE 2970 |
| 13. | 7/13/2016 | Email from Graeff regarding status of Rodriguez investigation | GENE 3005 |
| 14. | 7/14/2016 | Email from Rodriguez responding to Graeff inquiry into investigation | GENE 3000-3001 |
| 15. | 7/18/2016 | Emails regarding Wehner attendance | GENE 1032-1054 |
| 16. | 7/21/2016 | Barillaro text message to Plaintiff | PRUITT 56 |
| 17. | 7/21/2016 | Still image(s) from video of cafe on July 21 | GENE 1985 |
| 18. | 7/21/2016 | Still image(s) from video of hallway on July 21 | GENE 1986 |
| 19. | 7/25/2016 | Rodriguez notes from call with Graeff | GENE 940 |
| 20. | 7/26/2016 | Graeff email to Rodriguez regarding meeting notes | GENE 3200 |
| 21. | 7/26/2016 | Rodriguez notes from call with Plaintiff | GENE 937-939 |
| 22. | 7/27/2016 | Vargaz email to Rodriguez regarding PER alert | GENE 3129 |
| 23. | 6/21/2016 | Screenshot of time record for June 21, 2016 | GENE 0960 |
| 24. | 6/21/2016 | Screenshot of time record for June 21, 2016 | GENE 0961 |
| 25. | 6/30/2016 | Email from Pruitt to Rodriguez with attached screenshot of time record for June 21, 2016 | GENE 2966-2967 |
| 26. | 7/8/2016 | Email from Graeff to Rodriguez re June 21, 2016 time record | GENE 2984-2985 |
| 27. | 7/25/2016 | Incident report | GENE 1987 |
| 28. | 7/26/2016 | Email from Graeff to Rodriguez re invitation | GENE 3136 |

| TRIAL EX. NO. | DATE | DESCRIPTION | BATES RANGE |
|---|---|---|---|
| 29. | Various | Pruitt Employee Templates | GENE 3380, 3393, 3405, 3418, 3431, 3438, 3454, 3475, 3498, 3517, 3530, 3536, 3570, 3596, 3608 |
| 30. | Various | Genentech Resource Review Matrices | GENE 3382, 3384, 3407, 3420, 3433, 3455, 3478, 3501, 3519, 3531 |
| 31. | Undated | Genentech Resource Review document | GENE 3337-3343 |
| 32. | | Defendant's Discrimination policy | GENE 3790 |
| 33. | | Defendant's Manager Tool Kit policy | GENE 3815 |
| 34. | | Defendant's Written Warning template | GENE 1595-1596 |
| 35. | 8/8/2018 | Expert report of Charles Mahla | |
| 36. | | Resume of Charles Mahla | Expert Report Tab 1 pages 1-4 |
| 37. | Various | Plaintiff's new hire paperwork | GENE 147n-154 |
| 38. | Various | Plaintiff's payroll records | Pruitt 245-354 |
| 39. | Various | Plaintiff's 1998 to 2001 pay raises | GENE 147a-147m |
| 40. | Various | Defendant's benefits summary plan descriptions | GENE 1181-1546 |
| 41. | 2016 | U.S. Roche Long-term Disability Policy | awaiting from Genentech |
| 42. | Various | Defendant's post-termination benefits policy | GENE 3156-3161 |
| 43. | | Dr. Fine's CV | Fine Depo Exhibit 2 |
| 44. | Various | Dr. Fine treatment notes of Plaintiff | Fine 65, 64, 63, 49, 45, 38, 36, 20, 5, and 4 |
| 45. | Various | List of appointments of Plaintiff with Rabourn | Rabourn Depo Exhibit 20 |
| 46. | Various | Plaintiff compensation documents | GENE 3900-3989 |
| 47. | Various | Plaintiff job search summary from Monster.com | Pruitt 858-865 |
| 48. | Various | Plaintiff job search records October 2016 - May 2017 | Pruitt 444-551 |
| 49. | Various | Plaintiff job search records July 2017 - May 2018 | Pruitt 733-857 |

**PLAINTIFF'S TRIAL EXHIBIT LIST, EXHIBIT A**                                            3

| TRIAL EX. NO. | DATE | DESCRIPTION | BATES RANGE |
|---|---|---|---|
|  |  |  |  |
| 50. | Various | Plaintiff job search records May 2018 - October 2018 | Pruitt 935-1077 |
| 51. | Various | Plaintiff job search records October 2018 - February 2019 | Pruitt 1092-1223 |
| 52. | Various | Plaintiff job search records from Robert Half | Robert Half 1-9 |
| 53. | Various | Plaintiff's resume writer invoice and documents | Pruitt 926-933 |
| 54. | 11/18/2016 | Plaintiff's DFEH charge and right-to-sue letter | Pruitt 439-433 |
| 55. |  | Demonstrative(s): timeline of events |  |
| 56. |  | Demonstrative(s): Plaintiff's compensation at Defendant over time |  |
| 57. |  | Demonstrative(s): Plaintiff's wage loss |  |
| 58. |  | Demonstrative(s): Plaintiff's expert economist report tables |  |
| 59. |  | Demonstrative(s): Calendar pages for relevant time periods |  |

Date: February 19, 2019

LEVY VINICK BURRELL HYAMS LLP

/s/ Jean K. Hyams

Jean K. Hyams
Attorneys for Plaintiff
TIMOTHY PRUITT

**PLAINTIFF'S TRIAL EXHIBIT LIST, EXHIBIT A**

4

# EXHIBIT B

1   LYNNE C. HERMLE (STATE BAR NO. 99779)
    lchermle@orrick.com
2   ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
3   Menlo Park, CA  94025-1015
    Telephone:     650 614 7400
4   Facsimile:      650 614 7401

5   JULIE A. TOTTEN (STATE BAR NO. 166470)
    jatotten@orrick.com
6   LEO MONIZ (STATE BAR NO. 285571)
    lmoniz@orrick.com
7   ORRICK, HERRINGTON & SUTCLIFFE LLP
    400 Capitol Mall, Suite 3000
8   Sacramento, CA  95814-4497
    Telephone:     916 447 9200
9   Facsimile:      916 329 4900

10  Attorneys for Defendant
    GENENTECH, INC.

11

12                  UNITED STATES DISTRICT COURT

13                 EASTERN DISTRICT OF CALIFORNIA

14  TIMOTHY PRUITT,                         Case No. 2:17-CV-00822-JAM-AC

15              Plaintiff,                   **DEFENDANT GENENTECH, INC.'S
                                            TRIAL EXHIBIT LIST**
16        v.
                                            Trial Date:  April 1, 2019
17  GENENTECH, INC.; AND DOES 1             Time:        9:00 a.m.
    THROUGH 10, INCLUSIVE,                  Courtroom: 6, 14th floor
18                                          Judge:       Hon. John A. Mendez
              Defendants.
19                                          Date Action Filed:  April 19, 2017
                                            Trial Date:  April 1, 2019
20

21                          **<u>EXHIBIT B</u>**

22

23

24

25

26

27

28

DEFENDANT GENENTECH, INC.'S
EXHIBIT B, TRIAL EXHIBIT LIST
CASE NO. 2:17-CV-00822-JAM-AC

Defendant Genentech, Inc. ("Defendant" or "Genentech") hereby submits its Trial Exhibit

List, as follows:

| TRIAL EX. NO. | DESCRIPTION | BATES START | BATES END |
|---|---|---|---|
| A. | Genentech's U.S. Pharma Code of Conduct | GENE_003657 | GENE_003706 |
| B. | Genentech's Time Worked Manual | GENE_001612 | GENE_001619 |
| C. | Genentech's Employee Behavior and Disciplinary Action Policy | GENE_001609 | GENE_001609 |
| D. | 07/21/1999, Tim Pruitt's Expectations Planning & Evaluation Worksheet | GENE_000156 | GENE_000162 |
| E. | 07/21/1999, Tim Pruitt's Vital Promotion Recommendation | GENE_002705 | GENE_002705 |
| F. | 08/22/2000, Tim Pruitt's Expectations Planning & Evaluation Worksheet | GENE_000163 | GENE_000170 |
| G. | 06/20/2001, Tim Pruitt's One-Time Close Out Form (2001) | GENE_000171 | GENE_000176 |
| H. | 06/30/2002, Tim Pruitt's Goal Setting And Assessment Form | GENE_000177 | GENE_000190 |
| I. | Tim Pruitt's Vital Developmental Salary Increase Recommendation | GENE_001774 | GENE_001774 |
| J. | 2003, Tim Pruitt's 2003 Performance Review | GENE_000003 | GENE_000009 |
| K. | 12/31/2004, PP&R - Performance Review for Tim Pruitt | GENE_000010 | GENE_000016 |
| L. | 12/20/2005, PP&R - Performance Review for Tim Pruitt | GENE_000017 | GENE_000027 |
| M. | 01/30/2007, PP&R - Performance Review for Tim Pruitt | GENE_000028 | GENE_000046 |
| N. | Tim Pruitt's Performance Review Form | GENE_000050 | GENE_000064 |
| O. | 01/01/2009, Performance Review for Tim Pruitt | GENE_000078 | GENE_000085 |
| P. | 04/29/2009, Systems Specialist Job Description signed by Tim Pruitt and Dan Williams | Pruitt00244 | Pruitt00244 |
| Q. | 12/31/2009, Performance Review for Tim Pruitt | GENE_000086 | GENE_000090 |

4142-0646-8634

| | | | |
|---|---|---|---|
| R. | 01/01/2011, Performance Review for Tim Pruitt | GENE_000091 | GENE_000096 |
| S. | 12/31/2011, Performance Review for Tim Pruitt | GENE_000205 | GENE_000210 |
| T. | 2012, Tim Pruitt's 2012 Annual Performance Evaluation | GENE_000097 | GENE_000101 |
| U. | 2012, Matt Wehner's 2012 Annual Performance Evaluation | GENE_004073 | GENE_004077 |
| V. | 2012, Tim Pruitt's W-2 | GENE_000244 | GENE_000244 |
| W. | 2012, Mitch Duran's 2012 Annual Performance Evaluation | GENE_004078 | GENE_004082 |
| X. | 2012, Julia Myers' typewritten notes re 1:1 meetings with Tim Pruitt | GENE_001122 | GENE_001124 |
| Y. | 01/01/2012, Julia Myers' typewritten notes re Tim Pruitt | GENE_001166 | GENE_001166 |
| Z. | 07/02/2012, Karen Hall's handwritten notes re meeting with Dan Williams and Kelly Calderwood | GENE_000931 | GENE_000932 |
| AA. | 08/31/2012, Performance Counseling document from Dan Williams to Mitch Duran | GENE_004486 | GENE_004487 |
| BB. | 09/13/2012, Performance Counseling document from Dan Williams to Matt Wehner | GENE_004489 | GENE_004490 |
| CC. | 09/18/2012, Performance Counseling document from Dan Williams to Tim Pruitt | GENE_000918 | GENE_000919 |
| DD. | 10/09/2012, Karen Hall's handwritten notes re conversation with Dan Williams about Tim Pruitt | GENE_000927 | GENE_000928 |
| EE. | 10/12/2012, Karen Hall's handwritten notes re conversation with Tim Pruitt | GENE_000926 | GENE_000926 |
| FF. | 10/23/2012, Karen Hall's handwritten notes re conversation with Dan Williams re Tim Pruitt | GENE_000924 | GENE_000925 |
| GG. | 11/15/2012, Karen Hall's handwritten notes re conversation with Tim Pruitt | GENE_000913 | GENE_000916 |

- 2 -

| | | | |
|---|---|---|---|
| HH. | 11/16/2012, Memo from Tim Pruitt to Dan Williams cc Bob Albert; Karen Hall re Response to Performance Counseling dated September 18, 2012 | GENE_001789 | GENE_001792 |
| II. | 11/16/2012, Dan Williams typewritten notes re Tim Pruitt with attached letter from Tim Pruitt to Dan Williams re response to performance counseling dated September 18, 2012 | GENE_001855 | GENE_001859 |
| JJ. | Dan Williams typewritten notes re Meeting with Karen Hall and Bob Albert re Tim Pruitt | GENE_001854 | GENE_001854 |
| KK. | 11/20/2012, Karen Hall's handwritten notes re conversation with Dan Williams about Tim Pruitt | GENE_000908 | GENE_000909 |
| LL. | 11/28/2012, Karen Hall's handwritten notes re conversation with Bob Albert about Tim Pruitt | GENE_000907 | GENE_000907 |
| MM. | 11/29/2012, Dan Williams typewritten notes re 1:1 with Tim Pruitt | GENE_001853 | GENE_001853 |
| NN. | 12/13/2012, Karen Hall's handwritten notes re Tim Pruitt | GENE_000904 | GENE_000906 |
| OO. | 12/19/2012, Karen Hall's handwritten notes re conversation with Tim Pruitt re close out investigation | GENE_000903 | GENE_000903 |
| PP. | 12/19/2012, Global Compliance Workplace Alert Initial Report re Tim Pruitt's complaint | GENE_002248 | GENE_002249 |
| QQ. | Karen Hall ER File re Tim Pruitt | GENE_000794 | GENE_000932 |
| RR. | Karen Hall's handwritten notes re Tim Pruitt's 1999-2003 performance reviews | GENE_000824 | GENE_000825 |
| SS. | Karen Hall's handwritten notes re David Jenks and Celena Lema | GENE_000872 | GENE_000872 |
| TT. | 12/19/2012, Email from Karen Hall to Tim Pruitt with attached December 19, 2012 memo from Karen Hall to Tim Pruitt | GENE_002244 | GENE_002245 |

4142-0646-8634

| | | | |
|---|---|---|---|
| UU. | 12/21/2012, Dan Williams typewritten notes re 1:1 with Tim Pruitt | GENE_001848 | GENE_001848 |
| VV. | 2013, Dr. William Keeler's Letters re Tim Pruitt | Keeler_000001 | Keeler_000006 |
| WW. | 2013, Matt Wehner's 2013 Compensation Statement | GENE_004056 | GENE_004056 |
| XX. | 2013, Mitch Duran's 2013 Compensation Statement | GENE_004057 | GENE_004057 |
| YY. | 2013, Tim Pruitt's 2013 Annual Performance Evaluation | GENE_000218 | GENE_000222 |
| ZZ. | 2013, Tim Pruitt's W-2 | GENE_000282 | GENE_000282 |
| AAA. | 2013, Julia Myers' chart of Tim Pruitt's Allegations | GENE_001100 | GENE_001101 |
| BBB. | 01/02/2013, Karen Hall's handwritten notes re conversation with Dan Williams about Tim Pruitt | GENE_000920 | GENE_000921 |
| CCC. | 01/08/2013, Julia Myers' handwritten notes re conversation with Dan Williams about Tim Pruitt | GENE_001106 | GENE_001108 |
| DDD. | 01/09/2013, Julia Myers' handwritten notes re conversation with Sean McMillan about Tim Pruitt | GENE_001125 | GENE_001126 |
| EEE. | 01/24/2013, Julia Myers' handwritten notes re conversation with Tim Pruitt | GENE_001105 | GENE_001105 |
| FFF. | 01/29/2013, Julia Myers' handwritten notes re conversation with Dan Williams about Tim Pruitt | GENE_001150 | GENE_001150 |
| GGG. | 02/14/2013, Julia Myers' handwritten notes re Tim Pruitt | GENE_001103 | GENE_001104 |
| HHH. | 2/21/2013, Dan Williams typewritten notes re 1:1 with Tim Pruitt | GENE_001841 | GENE_001841 |
| III. | 02/25/2013, Email from Tim Pruitt to Julia Myers re Performance Counseling document | GENE_000892 | GENE_000893 |
| JJJ. | 03/06/2013, Amended Performance Counseling | GENE_001903 | GENE_001904 |

| | | | |
|---|---|---|---|
| | Evaluation from Dan Williams to Tim Pruitt | | |
| KKK. | 03/06/2013, Dan Williams typewritten notes re performance counseling delivery re Tim Pruitt | GENE_001840 | GENE_001840 |
| LLL. | 03/07/2013, Email from Dan Williams to Bob Albert, Karen Hall, and Julia Myers re 1:1 Notes - 030713 | GENE_002370 | GENE_002371 |
| MMM. | 03/07/2013, Dan Williams typewritten notes re 1:1 with Tim Pruitt | GENE_001839 | GENE_001839 |
| NNN. | 03/18/2013, Karen Hall's handwritten notes re conversation with Tim Pruitt | GENE_000864 | GENE_000866 |
| OOO. | Julia Myers ER File re Tim Pruitt | GENE_001091 | GENE_001178 |
| PPP. | 03/19/2013, Memo from Julia Myers to Pruitt re Results of Internal Investigation | GENE_001099 | GENE_001099 |
| QQQ. | 03/19/2013, Email from Tim Pruitt to Karen Hall forwarding Dan Williams' 1:1 Notes - 030713 | GENE_000871 | GENE_000871 |
| RRR. | 03/19/2013, Email from Tim Pruitt to Karen Hall forwarding Dan Williams' January 25, 2013 email with attached Systems Specialist Leveling Criteria | GENE_002376 | GENE_002377 |
| SSS. | 03/22/2013, Karen Hall's handwritten notes re conversation with Julia Myers about Tim Pruitt | GENE_000877 | GENE_000877 |
| TTT. | 03/25/2013, Karen Hall's handwritten notes re conversation with Tim Pruitt | GENE_000876 | GENE_000876 |
| UUU. | 03/28/2013, Karen Hall's handwritten notes re conversation with Dan Williams about Tim Pruitt | GENE_000859 | GENE_000863 |
| VVV. | 03/29/2013, Dan Williams typewritten observations on 3/19/13 & 4/1/13 re Tim Pruitt | GENE_001837 | GENE_001837 |
| WWW. | 4/4/2013, Dan Williams typewritten notes re 1:1 with Tim Pruitt | GENE_001836 | GENE_001836 |
| XXX. | 04/05/2013, Email from Dan Williams to Karen Hall re 1:1 040413 | GENE_000856 | GENE_000857 |

DEFENDANT GENENTECH, INC.'S
TRIAL EXHIBIT LIST
CASE NO. 2:17-CV-00822-JAM-AC

4142-0646-8634

| | | | |
|---|---|---|---|
| YYY. | 04/13/2013, Letter from Dr. Joel Fine to Marilyn Cook (Liberty Life) re Tim Pruitt | Fine_000066 | Fine_000067 |
| ZZZ. | 04/22/2013, Email from Dan Williams to Karen Hall and Bob Albert re 1:1 Notes 042213 | GENE_002452 | GENE_002453 |
| AAAA. | 04/22/2013, Dan Williams typewritten notes re 1:1 with Tim Pruitt | GENE_001833 | GENE_001834 |
| BBBB. | 04/23/2013, Email from Dan Williams to Karen Hall and Bob Albert re 1:1 Notes 042213 | GENE_002448 | GENE_002451 |
| CCCC. | 04/30/2013, Karen Hall's handwritten notes re conversation with Dan Williams re Tim Pruitt | GENE_000847 | GENE_000849 |
| DDDD. | 05/07/2013, Karen Hall's handwritten notes re conversation with Julia Myers about Dan Williams and Tim Pruitt | GENE_000832 | GENE_000832 |
| EEEE. | 05/08/2013, Karen Hall's handwritten notes re conversation with Dan Williams re Tim Pruitt | GENE_000836 | GENE_000836 |
| FFFF. | 05/30/2013, Dr. William Keeler's Intake and Progress Notes for Tim Pruitt faxed to Katie Whitworth (EDD Disability Office) | GENE_000572 | GENE_000583 |
| GGGG. | 06/11/2013, Dr. William Keeler's Intake and Progress Notes for Tim Pruitt faxed to Katie Whitworth (EDD Disability Office) | GENE_000593 | GENE_000598 |
| HHHH. | 06/27/2013, Karen Hall's handwritten notes re conversation with Dan Williams about Tim Pruitt | GENE_000821 | GENE_000821 |
| IIII. | 07/09/2013, Letter from Dr. Joel Fine to Heidi Jacques (Liberty Mutual) re Tim Pruitt | Fine_000068 | Fine_000068 |
| JJJJ. | 07/16/2013, Karen Hall's handwritten notes re conversation with Dan Williams about Tim Pruitt | GENE_000819 | GENE_000820 |
| KKKK. | 08/23/2013, Email from Karen Hall to Dan Williams with attached Tim Pruitt Mid Year Assessment 8-2013 | GENE_002784 | GENE_002786 |

- 6 -

| | | | |
|---|---|---|---|
| LLLL. | 08/29/2013, Tim Pruitt's Mid Year Review 2013 | GENE_000001 | GENE_000002 |
| MMMM. | 09/30/2013, Email from Tim Pruitt to Dan Williams cc Karen Hall; Bob Albert with attached Response to Mid Year Review 2013 | GENE_002794 | GENE_002797 |
| NNNN. | 10/18/2013, Himani Janapana (MSL Group) Independent Peer Review re Tim Pruitt | GENE_000558 | GENE_000567 |
| OOOO. | 10/22/2013, Karen Hall's handwritten notes re conversation with Dan Williams re Tim Pruitt | GENE_000798 | GENE_000798 |
| PPPP. | 2014, Tim Pruitt's 2014 Compensation Statement | GENE_003873 | GENE_003876 |
| QQQQ. | 2014, Tim Pruitt's 2014 Annual Performance Evaluation | GENE_000102 | GENE_000105 |
| RRRR. | 2014, Tim Pruitt's W-2 | GENE_000338 | GENE_000338 |
| SSSS. | 8/26/2014, Karen Hall's handwritten notes re conversation with Dan Williams about Tim Pruitt and Matt Wehner | GENE_000797 | GENE_000797 |
| TTTT. | 12/01/2014, Roche Benefits Confirmation Statement for Tim Pruitt | GENE_000739 | GENE_000740 |
| UUUU. | 2015, Tim Pruitt's 2015 Annual Performance Evaluation | GENE_000106 | GENE_000110 |
| VVVV. | 2015, Tim Pruitt's 2015 Compensation Statement | GENE_003877 | GENE_003880 |
| WWWW. | 2015, Tim Pruitt's W-2 | GENE_000396 | GENE_000396 |
| XXXX. | 08/12/2015, Email from Dan Williams to Steve Graeff with the attachment of the Performance Counseling document for Tim Pruitt amended March 5, 2013 | GENE_002085 | GENE_002087 |
| YYYY. | 08/12/2015, Email from Dan Williams to Steve Graeff with the attachment of the Performance Counseling document for Matt Wehner dated September 13, 2012 | GENE_004488 | GENE_004490 |

| | | | |
|---|---|---|---|
| ZZZZ. | 08/12/2015, Email from Dan Williams to Steve Graeff with the attachment of the Performance Counseling document for Mitch Duran dated August 31, 2012 | GENE_004485 | GENE_004487 |
| AAAAA. | 10/05/2015, Email from Steve Graeff to Tim Pruitt with attachments of the N6 job description and the System Specialist leveling document, as forwarded by Tim Pruitt to Karen Hall | GENE_002810 | GENE_002816 |
| BBBBB. | 10/05/2015, Email from Dan Williams to Steve Graeff re follow up from our 1:1 | GENE_002097 | GENE_002099 |
| CCCCC. | 11/01/2015, Roche Benefits Enrollment Summary for Tim Pruitt | GENE_000741 | GENE_000742 |
| DDDDD. | Systems Specialist II (N7) Job Description | GENE_001934 | GENE_001935 |
| EEEEE. | Interview Schedule for Tim Pruitt, Position: Systems Specialist | GENE_003298 | GENE_003298 |
| FFFFF. | 11/13/2015, Email from Steve Graeff to Lisa Del Toro cc Various re Interview Package Systems Specialist | GENE_002138 | GENE_002139 |
| GGGGG. | Disposition Summary Form | GENE_001932 | GENE_001932 |
| HHHHH. | 2016, Tim Pruitt's 2016 Compensation Statement | GENE_001973 | GENE_001976 |
| IIIII. | 2016, Tim Pruitt's W-2 | GENE_000453 | GENE_000453 |
| JJJJJ. | Demonstrative: Timeline of events in 2016 | N/A | N/A |
| KKKKK. | 2016, Matt Wehner, Tim Pruitt, and Rudy Evangelista time records | GENE_001014 | GENE_001031 |
| LLLLL. | Org Chart: NA Pharma User Services Organization | GENE_004497 | GENE_004507 |
| MMMMM. | 01/01/2016, U.S. Roche Medical and Prescription Plan Summary Plan Description effective January 1, 2016 | GENE_001421 | GENE_001484 |

DEFENDANT GENENTECH, INC.'S
TRIAL EXHIBIT LIST
CASE NO. 2:17-CV-00822-JAM-AC

| | | | |
|---|---|---|---|
| NNNNN. | 01/01/2016, U.S. Roche Dental Plan Summary Plan Description effective January 1, 2016 | GENE_001502 | GENE_001520 |
| OOOOO. | 01/01/2016, U.S. Roche Vision Plan Summary Plan Description effective January 1, 2016 | GENE_001535 | GENE_001546 |
| PPPPP. | 01/20/2016, Email from Tim Pruitt to Karen Hall forwarding October 5, 2015 email from Steve Graeff to Tim Pruitt, with Karen Hall's handwritten notes | GENE_001085 | GENE_001087 |
| QQQQQ. | 01/26/2016, Karen Hall's handwritten notes re conversation with Steve Graeff re Tim Pruitt | GENE_001082 | GENE_001084 |
| RRRRR. | 03/01/2016, Email from Steve Graeff to Karen Hall cc Kim Simmons re heads up and question about attendance | GENE_002821 | GENE_002821 |
| SSSSS. | 03/02/2016, Karen Hall's handwritten notes re conversation with Steve Graeff re Tim Pruitt | GENE_001071 | GENE_001071 |
| TTTTT. | 03/15/2016, Email from Kim Simmons to Rudy Evangelista re follow-up | GENE_004748 | GENE_004749 |
| UUUUU. | 03/18/2016, Karen Hall's handwritten notes re conversation with Steve Graeff re Tim Pruitt | GENE_001070 | GENE_001070 |
| VVVVV. | 03/21/2016, Email from Steve Graeff to Karen Hall re help with communication letter | GENE_002823 | GENE_002825 |
| WWWWW. | 03/24/2016, Email from Steve Graeff to Tim Pruitt, forwarded by Tim Pruitt to Joe Rodriguez on June 8, 2016, re Summary of our 1:1 discussion today | GENE_002934 | GENE_002935 |
| XXXXX. | 03/24/2016, Email from Steve Graeff to Kim Simmons and Karen Hall forwarding Steve Graeff's email to Tim Pruitt re Summary of our 1:1 discussion today | GENE_001079 | GENE_001080 |
| YYYYY. | 03/24/2016, Email from Karen Hall to Kim Simmons re summary of our 1:1 discussion today | GENE_002831 A | GENE_002831C |
| ZZZZZ. | 03/24/2016, Email from Steve Graeff to Karen Hall cc Kim | GENE_002854 | GENE_002857 |

- 9 -

| | | | |
|---|---|---|---|
| | Simmons, re help with communication letter | | |
| AAAAAA. | 03/30/2016, Karen Hall's handwritten notes re conversation with Kim Simmons and Steve Graeff re Tim Pruitt | GENE_001077 | GENE_001078 |
| BBBBBB. | 05/02/2016, Dr. Fine Return to Work Release Form for Tim Pruitt | Fine_000051 | Fine_000051 |
| CCCCCC. | 05/17/2016, Joe Rodriguez's handwritten notes re call with Tim Pruitt | GENE_001010 | GENE_001011 |
| DDDDDD. | 05/18/2016, Email from Steve Graeff to Tim Pruitt, et al. re reminder to start and end your shift at your desk - complete timesheets weekly | GENE_002910 | GENE_002910 |
| EEEEEE. | 05/23/2016, Joe Rodriguez's handwritten notes re call with Tim Pruitt | GENE_001007 | GENE_001009 |
| FFFFFF. | 06/01/2016, Email from Karen Hall to Angela Mauro cc Joe Rodriguez re follow-up | GENE_002911 | GENE_002911 |
| GGGGGG. | 06/01/2016, Email from Angela Mauro to Karen Hall re follow-up | GENE_002869 | GENE_002870 |
| HHHHHH. | 06/02/2016, Email from Karen Hall to Tim Pruitt re follow-up | GENE_002867 | GENE_002867 |
| IIIIII. | 06/06/2016, Joe Rodriguez's handwritten notes re call with Steve Graeff | GENE_000941 | GENE_000943 |
| JJJJJJ. | 06/08/2016, Joe Rodriguez's handwritten notes re call with Tim Pruitt | GENE_001002 | GENE_001006 |
| KKKKKK. | 06/08/2016, Email from Joe Rodriguez to northamerica.askhr@roche.com re assistance | GENE_002931 | GENE_002931 |
| LLLLLL. | 06/15/2016, Joe Rodriguez's handwritten notes re call with Kim Simmons | GENE_001000 | GENE_001001 |
| MMMMMM. | 06/15/2016, Email from Joe Rodriguez to Kim Simmons re time to talk | GENE_2953 | GENE_2953 |
| NNNNNN. | 06/16/2016, Joe Rodriguez's handwritten notes re call with Steve Graeff | GENE_000994 | GENE_000999 |

DEFENDANT GENENTECH, INC.'S
TRIAL EXHIBIT LIST
CASE NO. 2:17-CV-00822-JAM-AC

| | | | |
|---|---|---|---|
| OOOOOO. | 06/28/2015, Email from Steve Graeff to Tim Pruitt re Time Card forwarded to Joe Rodriguez June 29, 2016 | GENE_002968 | GENE_002969 |
| PPPPPP. | 07/2016, Joe Rodriguez's handwritten notes re time card allegation | GENE_000948 | GENE_000948 |
| QQQQQQ. | 07/06/2016, Joe Rodriguez's handwritten notes re call with Hailey McKibben | GENE_000957 | GENE_000957 |
| RRRRRR. | 07/07/2016, Email from Steve Graeff to Time Pruitt re time card, forwarded July 7, 2016 by Tim Pruitt to Joe Rodriguez | GENE_003041 | GENE_003042 |
| SSSSSS. | 07/07/2016, Joe Rodriguez's handwritten notes re call with Tim Pruitt | GENE_000949 | GENE_000953 |
| TTTTTT. | 07/12/2016, Joe Rodriguez's handwritten notes re call with Tim Pruitt | GENE_000955 | GENE_000955 |
| UUUUUU. | Demonstrative: Graphic summary of Pruitt time reporting on July 13, 2016 | N/A | N/A |
| VVVVVV. | 07/14/2016, Joe Rodriguez's handwritten notes re call with Hailey McKibben | GENE_000956 | GENE_000956 |
| WWWWWW. | 07/14/2016, Joe Rodriguez's handwritten notes re call with Steve Graeff | GENE_000962 | GENE_000966 |
| XXXXXX. | 07/15/2016, Email from Steve Graeff to Joe Rodriguez cc Kim Simmons re update | GENE_002994 | GENE_002996 |
| YYYYYY. | 07/16/2018, Tin Pruitt job search records from CareerBuilder | Pruitt00919 | Pruitt00919 |
| ZZZZZZ. | 07/18/2016, Email from Steve Graeff to Joe Rodriguez re update with attachment of Tim Pruitt's time card for July 13, 2016 | GENE_003056 | GENE_003060 |
| AAAAAAA. | 07/18/2016, Email from Joe Rodriguez to John Huther cc Joe Rodriguez; Pat McGuire re time card entries | GENE_003023 | GENE_003029 |

4142-0646-8634

DEFENDANT GENENTECH, INC.'S
TRIAL EXHIBIT LIST
CASE NO. 2:17-CV-00822-JAM-AC

| | | | |
|---|---|---|---|
| BBBBBBB. | 07/18/2016, Email from Joe Rodriguez to Tim Pruitt re timecard | GENE_003043 | GENE_003044 |
| CCCCCCC. | 07/18/2016, Joe Rodriguez's handwritten notes re call with Tim Pruitt | GENE_000975 | GENE_000975 |
| DDDDDDD. | 07/18/2016, Joe Rodriguez's handwritten notes re call with Pat McGuire | GENE_000969 | GENE_000969 |
| EEEEEEE. | 07/18/2016, Joe Rodriguez's handwritten notes re call with Tim Pruitt | GENE_000972 | GENE_000974 |
| FFFFFFF. | 07/18/2016, Joe Rodriguez's handwritten notes re call with Steve Graeff | GENE_000970 | GENE_000971 |
| GGGGGGG. | 07/18/2016, Email from Tim Pruitt to Joe Rodriguez re time card | Pruitt00022 | Pruitt00022 |
| HHHHHHH. | 07/19/2016, Email from Steve Graeff to Rolando Sibuyan Jr. cc Joe Rodriguez re confidential request | GENE_003063 | GENE_003063 |
| IIIIIII. | 07/20/2016, Email from John Huther to Joe Rodriguez cc Pat McGuire re time card entries | GENE_003066 | GENE_003072 |
| JJJJJJJ. | 07/20/2016, Joe Rodriguez's handwritten notes re Liberty Mutual | GENE_000945 | GENE_000945 |
| KKKKKKK. | 07/20/2016, Email from Rolando Sibuyan to Steve Graeff cc Joe Rodriguez re confidential request | GENE_002890 | GENE_002892 |
| LLLLLLL. | 07/21/2016, Incident Report re sandwich incident | GENE_001987 | GENE_001987 |
| MMMMMMM. | 07/21/2016, Joe Rodriguez's handwritten notes re call with Steve Graeff | GENE_000935 | GENE_000936 |
| NNNNNNN. | 07/21/2016, Email from Steve Graeff to Joe Rodriguez cc Steve Graeff re confidential request | GENE_003087 | GENE_003089 |
| OOOOOOO. | 07/22/2016, Joe Rodriguez's handwritten notes re call with Danielle Zielinski | GENE_000976 | GENE_000976 |

DEFENDANT GENENTECH, INC.'S
TRIAL EXHIBIT LIST
CASE NO. 2:17-CV-00822-JAM-AC

| | | | |
|---|---|---|---|
| **PPPPPPP.** | 07/22/2016, Joe Rodriguez's handwritten notes re call with Rolando Sibuyan | GENE_000977 | GENE_000978 |
| **QQQQQQQ.** | 07/25/2016, Email from Rolando Sibuyan Jr. to Joe Rodriguez re information from Dixon | GENE_000944 | GENE_000944 |
| **RRRRRRR.** | 07/25/2016, Email from Steve Graeff to Joe Rodriguez re meeting talking points | GENE_003219 | GENE_003219 |
| **SSSSSSS.** | 07/26/2016, Dan Williams notes from meeting with Steve Graeff and Tim Pruitt | GENE_001919 | GENE_001920 |
| **TTTTTTT.** | 07/26/2016, Steve Graeff notes from meeting with Tim Pruitt and Dan Williams | GENE_001977 | GENE_001977 |
| **UUUUUUU.** | 07/26/2016, Email from Joe Rodriguez to Kimberly Smith cc Various re time sensitive - your action required - invol term | GENE_003152 | GENE_003154 |
| **VVVVVVV.** | 07/26/2016, Email from Kim Simmons to Kimberly Smith cc Various re time sensitive - your action required - invol term | GENE_002906 | GENE_002907 |
| **WWWWWWW.** | 07/26/2016, Joe Rodriguez's handwritten notes re call with Tim Pruitt | GENE_000980 | GENE_000980 |
| **XXXXXXX.** | 07/26/2016, Joe Rodriguez's handwritten notes re call with Javier Vargaz | GENE_000979 | GENE_000979 |
| **YYYYYYY.** | 07/26/2016, Joe Rodriguez's handwritten notes re call with Steve Graeff | GENE_000934 | GENE_000934 |
| **ZZZZZZZ.** | 07/26/2016, Joe Rodriguez's handwritten notes re call with Steve Graeff | GENE_000981 | GENE_000981 |
| **AAAAAAAA.** | Demonstrative: Summary of cafeteria misconduct incident | N/A | N/A |
| **BBBBBBBB.** | Demonstrative: Summary of July 26, 2016 meeting | N/A | N/A |
| **CCCCCCCC.** | Joe Rodriguez ER File re Tim Pruitt | GENE_000933 | GENE_001090 |
| **DDDDDDDD.** | Joe Rodriguez note re questions to ask Steve Graeff | GENE_001076 | GENE_001076 |

4142-0646-8634

- 13 -

| | | | |
|---|---|---|---|
| EEEEEEEE. | 07/27/2016, Dan Williams notes from termination call of Tim Pruitt | GENE_001921 | GENE_001921 |
| FFFFFFFF. | Steve Graeff notebook pages re 1:1 with Tim Pruitt | GENE_001942 | GENE_001959 |
| GGGGGGGG. | Steve Graeff notebook pages re 1:1 with Matt Wehner | GENE_003818 | GENE_003837 |
| HHHHHHHH. | Steve Graeff notebook pages | GENE_004058 | GENE_004063 |
| IIIIIIII. | 07/27/2016, Email from Joe Rodriguez to Steve Graeff re talking points with attachment of termination tips and talking points for T. Pruitt | GENE_003203 | GENE_003205 |
| JJJJJJJJ. | 07/27/2016, Joe Rodriguez's handwritten notes re call with Tim Pruitt | GENE_000946 | GENE_000946 |
| KKKKKKKK. | 08/08/2016, Progress Note from Dr. Joel Fine re Tim Pruitt | Fine_000045 | Fine_000045 |
| LLLLLLLL. | 10/21/2016, EDD Disability Claim Summary for Tim Pruitt | Fine_000041 | Fine_000041 |
| MMMMMMMM. | 10/26/2016, Dr. Fine Progress Note for Tim Pruitt | Fine_000038 | Fine_000038 |
| NNNNNNNN. | 11/28/2016, Robert Half Hourly Employment Agreement and Individual Assessment Form | ROBERT_HA LF_000056 | ROBERT_HALF 000063 |
| OOOOOOOO. | 03/27/2017, Letter from Alexis Rabourn to Dr. Fine re Tim Pruitt | Pruitt00649 | Pruitt00649 |
| PPPPPPPP. | 03/21/2017, Email from Amanda McCartney to Tim Pruitt re desktop opening in Fairfield | Pruitt00666 | Pruitt00667 |
| QQQQQQQQ. | 03/28/2017, Neil Jagpal's HCO Investigations Case Report re Barbara Malone (redacted) | GENE_004588 | GENE_004590 |
| RRRRRRRR. | 03/28/2017, Neil Jagpal's HCO Investigations Case Report re Leslie DiGianni (redacted) | GENE_004620 | GENE_004622 |
| SSSSSSSS. | 04/13/2017, Email from Advantage Resourcing to Tim Pruitt re First Day Reporting Instructions 4/17 and background check forms | Pruitt00687 | Pruitt00697 |
| TTTTTTTT. | 07/11/2017, Feedback Tool: Summary for Will Smith | GENE_004491 | GENE_004496 |
| UUUUUUUU. | 07/31/2017, Robert Half Hourly Employment Agreement and Individual Assessment Form | ROBERT_HA LF_000137 | ROBERT_HALF 000146 |

4142-0646-8634

DEFENDANT GENENTECH, INC.'S
TRIAL EXHIBIT LIST
CASE NO. 2:17-CV-00822-JAM-AC

| | | | |
|---|---|---|---|
| VVVVVVVV. | 08/17/2017, Letter from Alexis Rabourn to Dr. Fine re Tim Pruitt | Pruitt00645 | Pruitt00645 |
| WWWWWWWW. | 08/22/2017, Dr. Fine Progress Note for Tim Pruitt | Fine_000030 | Fine_000030 |
| XXXXXXXX. | 10/31/2017, Letter from Alexis Rabourn to Dr. Fine re Tim Pruitt | Rabourn 000050 | Rabourn 000050 |
| YYYYYYYY. | 11/03/2017, Letter from Social Security Administration to Tim Pruitt re Tim Pruitt disability onset 8/22/2017 due to blind left eye, glaucoma, back problems, foot arthritis | Fine_000014 | Fine_000015 |
| ZZZZZZZZ. | 12/09/2017, Letter from Social Security Administration to Tim Pruitt re monthly disability benefits (redacted) | Fine_000009 | Fine_000009 |
| AAAAAAAAA. | 01/16/2018, Letter from Alexis Rabourn to Dr. Fine re Tim Pruitt | Rabourn 000049 | Rabourn 000049 |
| BBBBBBBBB. | 04/09/2018, Dr. Fine Progress Note for Tim Pruitt | Fine_000004 | Fine_000004 |
| CCCCCCCCC. | 06/01/2018, Dr. Fine Progress Note for Tim Pruitt | Fine_000003 | Fine_000003 |
| DDDDDDDDD. | 07/17/2018, Security Video of Matt Wehner | GENE_004476 | GENE_004476 |
| EEEEEEEEE. | 07/07/2018, Security Video of Matt Wehner | GENE_004477 | GENE_004477 |
| FFFFFFFFF. | 07/27/2018, Security Video of Matt Wehner | GENE_004478 | GENE_004478 |
| GGGGGGGGG. | 07/30/2018, Declaration of Custodian of Records from Advantage Technical Resourcing in response to Genentech Subpoena | ADVANTAGE_RESOURCING_000051 | ADVANTAGE_RESOURCING_000051 |
| HHHHHHHHH. | Advantage Resourcing Records re Tim Pruitt | ADVANTAGE_RESOURCING_000096 | ADVANTAGE_RESOURCING_000114 |
| IIIIIIIII. | Documents Subpoenaed from Monster.com | MONSTER_000001 | MONSTER_000036 |
| JJJJJJJJJ. | 07/31/2018, MMPI 2 Interpretive Report | N/A | N/A |
| KKKKKKKKK. | Handwritten notes re Matt Wehner | GENE_004115 | GENE_004120 |
| LLLLLLLLL. | Text message screenshots of Matt Wehner's conversation with various other individuals | GENE_004513 | GENE_004517 |

4142-0646-8634

DEFENDANT GENENTECH, INC.'S
TRIAL EXHIBIT LIST
CASE NO. 2:17-CV-00822-JAM-AC

| | | | |
|---|---|---|---|
| MMMMMMMMM. | 08/01/2018, Security Video of Matt Wehner | GENE_004479 | GENE_004479 |
| NNNNNNNNN. | 08/01/2018, Security Video of Matt Wehner | GENE_004480 | GENE_004480 |
| OOOOOOOOO. | 08/07/2018, Security Video of Matt Wehner | GENE_004481 | GENE_004481 |
| PPPPPPPPP. | 08/09/2018, Security Video of Matt Wehner | GENE_004482 | GENE_004482 |
| QQQQQQQQQ. | 08/10/2018, Security Video of Matt Wehner | GENE_004483 | GENE_004483 |
| RRRRRRRRR. | 08/15/2018, Security Video of Matt Wehner | GENE_004484 | GENE_004484 |
| SSSSSSSSS. | 08/28/2018, Personnel Alert for Matt Wehner | GENE_004473 | GENE_004475 |
| TTTTTTTTT. | Personnel Alerts Recommended Procedures | GENE_004508 | GENE_004512 |
| UUUUUUUUU. | 09/26/2018, Robert Half International Inc. Declaration of Custodian of Records and Production of Employment Records | ROBERT_HALF_000001 | ROBERT_HALF_000025 |
| VVVVVVVVV. | 09/28/2018, Raley's Certificate of No Records in response to Genentech subpoena | N/A | N/A |
| WWWWWWWWW. | Demonstrative: Graphic summary of prior time reporting counseling | N/A | N/A |
| XXXXXXXXX. | Demonstrative: Key players and personnel | N/A | N/A |
| YYYYYYYYY. | Demonstrative: Timeline of key events | N/A | N/A |
| ZZZZZZZZZ. | Demonstrative: Summary and background for witness Steve Graeff | N/A | N/A |
| AAAAAAAAAA. | Demonstrative: Summary and background for witness Dan Williams | N/A | N/A |
| BBBBBBBBBB. | Demonstrative: Summary and background for witness Joe Rodriguez | N/A | N/A |
| CCCCCCCCCC. | Demonstrative: Summary and background for witness Karen Hall | N/A | N/A |
| DDDDDDDDDD. | Demonstrative: Jury instructions regarding claims and defenses | N/A | N/A |
| EEEEEEEEEE. | Demonstrative: List of testimony expected from Timothy Pruitt | N/A | N/A |

4142-0646-8634

DEFENDANT GENENTECH, INC.'S
TRIAL EXHIBIT LIST
CASE NO. 2:17-CV-00822-JAM-AC

| | | | |
|---|---|---|---|
| FFFFFFFFFF. | Demonstrative: List/summary of expected testimony from key witnesses | N/A | N/A |
| GGGGGGGGGG. | Demonstrative: Magazine covers, Diversity Inc. and ComputerWorld articles | N/A | N/A |
| HHHHHHHHHH. | Demonstrative:  Chart of Pruitt job applications (based on Cohen-Steiner expert reports) | N/A | N/A |
| IIIIIIIIII. | Demonstrative:  Counts of job advertisements for jobs within a 60-mile drive of Suisun City, CA (based on Cohen-Steiner reports) | N/A | N/A |
| JJJJJJJJJJ. | Demonstrative:  Unemployment rates (based on Cohen-Steiner reports) | N/A | N/A |
| KKKKKKKKKK. | Demonstrative: Chart of unemployment duration (based on Cohen-Steiner reports) | N/A | N/A |
| LLLLLLLLLL. | Demonstrative:  Chart of ERI salary data in selected California cities (based on Cohen-Steiner reports) | N/A | N/A |
| MMMMMMMMMM. | Demonstrative: Chart of damages calculations based on O'Bryan expert report | N/A | N/A |
| NNNNNNNNNN. | Demonstrative: Summary of findings by expert psychiatrist Dr. Kalish | N/A | N/A |
| OOOOOOOOOO. | Demonstrative: Collection of excerpts from Pruitt performance reviews | N/A | N/A |
| PPPPPPPPPP. | Demonstrative: Excerpts from Genentech Code of Conduct | N/A | N/A |
| QQQQQQQQQQ. | Demonstrative: Excerpts from Genentech Employee Behavior and Disciplinary Action Policy | N/A | N/A |
| RRRRRRRRRR. | Demonstrative: Excerpts from Genentech Equal Employment Opportunity Policy and Non-Discrimination Policy | N/A | N/A |
| SSSSSSSSSS. | Demonstratives: Excerpts from case exhibits, including letters, memos, emails, security logs. | N/A | N/A |
| TTTTTTTTTT. | Demonstrative:  Area map showing the Vacaville and Dixon locations | N/A | N/A |

DEFENDANT GENENTECH, INC.'S
TRIAL EXHIBIT LIST
CASE NO. 2:17-CV-00822-JAM-AC

| | | | |
|---|---|---|---|
| UUUUUUUUUU. | Demonstrative: Security video footage from 7/21/2016 (Vacaville cafeteria) | N/A | N/A |
| VVVVVVVVVV. | Demonstrative: Summary of Timothy Pruitt's employment at Genentech | N/A | N/A |
| WWWWWWWWWW. | Demonstrative: Summary/list/chart of testimony from witnesses Ramirez, Vargaz, Rodriguez, Williams and/or Graeff | N/A | N/A |
| XXXXXXXXXX. | Demonstrative: Slide identifying Genentech | N/A | N/A |
| YYYYYYYYYY. | Demonstrative: Summary of Pruitt misconduct and behavior | N/A | N/A |
| ZZZZZZZZZZ. | Demonstrative: Summary of Pruitt's complaints | N/A | N/A |
| AAAAAAAAAA. | Demonstrative: Photos of Genentech facility and cafeteria | N/A | N/A |
| BBBBBBBBBB. | Demonstrative: Summary of Pruitt performance ratings and compensation over time | N/A | N/A |
| CCCCCCCCCC. | Demonstrative: Photographs of Timothy Pruitt | N/A | N/A |
| DDDDDDDDDD. | Demonstrative:  Summary of misconduct by other employees and resulting discipline | N/A | N/A |
| EEEEEEEEEE. | Portions of Matt Wehner's ER file (redacted) | GENE_004181 | GENE_004472 |
| FFFFFFFFFF. | Gang Lu's ER file (redacted) | GENE_004591 | GENE_004619 |
| GGGGGGGGGG. | Maribel Villalpando's ER file (redacted) | GENE_004623 | GENE_004639 |
| HHHHHHHHHH. | Nicholas Song's ER file (redacted) | GENE_004640 | GENE_004693 |
| IIIIIIIIII. | Shiba Randhawa's ER file (redacted) | GENE_004694 | GENE_004727 |

4142-0646-8634

DEFENDANT GENENTECH, INC.'S
TRIAL EXHIBIT LIST
CASE NO. 2:17-CV-00822-JAM-AC

1

Dated: February 15, 2019

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____ */s/ Julie A. Totten*
JULIE A. TOTTEN

Attorneys for Defendant
GENENTECH, INC.

DEFENDANT GENENTECH, INC.'S
TRIAL EXHIBIT LIST
CASE NO. 2:17-CV-00822-JAM-AC