1

JEAN K. HYAMS (STATE BAR NO. 144425)
jean@levyvinick.com

2

LEVY VINICK BURRELL HYAMS LLP
180 Grand Avenue, Suite 1300

3

Oakland, CA 94612
Tel.: (510) 318-770

4

5

SEAN D. MCHENRY (STATE BAR NO. 284175)
sean@mchenryemployment.com

6

MCHENRY LAW FIRM
201 Spear St., Suite 1100
San Francisco, CA  94105

7

Tel.: (415) 494-8422

8

Attorneys for Plaintiff
TIMOTHY PRUITT

9

10

LYNNE C. HERMLE (STATE BAR NO. 99779)
lchermle@orrick.com

11

ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road

12

Menlo Park, CA  94025-1015
Telephone:     650 614 7400
Facsimile:      650 614 7401

13

14

JULIE A. TOTTEN (STATE BAR NO. 166470)
jatotten@orrick.com

15

LEO MONIZ (STATE BAR NO. 285571)
lmoniz@orrick.com

16

ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000

17

Sacramento, CA  95814-4497
Telephone:     916 447 9200
Facsimile:      916 329 4900

18

19

Attorneys for Defendant
GENENTECH, INC.

20

UNITED STATES DISTRICT COURT

21

EASTERN DISTRICT OF CALIFORNIA

22

TIMOTHY PRUITT,

Case No. 2:17-CV-00822-JAM-AC

23

                    Plaintiff,

**AMENDED JOINT TRIAL EXHIBIT LIST**

24

          v.

25

GENENTECH, INC.; AND DOES 1
THROUGH 10, INCLUSIVE,

Trial Date:   April 1, 2019
Time:          9:00 a.m.
Courtroom:  6, 14th floor
Judge:        Hon. John A. Mendez

26

                    Defendants.

27

Date Action Filed:  April 19, 2017
Trial Date:  April 1, 2019

28

Plaintiff Timothy Pruitt and Defendant Genentech, Inc. hereby submit their Amended

Joint Trial Exhibit List, as follows:

| TRIAL EX. NO. | DATE | DESCRIPTION | BATES START | BATES END |
|---|---|---|---|---|
| 1. | | Equal Employment Opportunity Policy and Non-Discrimination Policy | GENE_001597 | GENE_001597 |
| 2. | | Performance Management and Corrective Action | GENE_001565 | GENE_001566 |
| 3. | | Corrective Action | GENE_001599 | GENE_001602 |
| 4. | | Systems Specialist I Job Description | GENE_000242 | GENE_000243 |
| 5. | | Tim Pruitt Resume | GENE_001929 | GENE_001930 |
| 6. | 2013 | Response to 2012 Performance Review – Tim Pruitt | GENE_002763 | GENE_002767 |
| 7. | 6/1/2016 | Email from Tim Pruitt to Karen Hall cc Angela Mauro attaching Memorandum re Grievance | GENE_002873 | GENE_002874 |
| 8. | 6/15/2016 | Joe Rodriguez's handwritten notes re call with Tim Pruitt | GENE_000989 | GENE_000993 |
| 9. | 6/17/2016 | Email from Joe Rodriguez to northamerica.askhr@roche.com re Request | GENE_002974 | GENE_002974 |
| 10. | Various | Email chain involving Tim Pruitt, Steve Graeff, and Joe Rodriguez re timecard reminder | GENE_002885 | GENE_002886 |
| 11. | 7/1/2016 | Email from Ask HR to Tim Pruitt re AskHR has completed your request: Time Working Time (Request #138623), forwarded July 7, 2016 by Tim Pruitt to Joe Rodriguez | GENE_003035 | GENE_003035 |
| 12. | 7/13/2016 | Email from Steve Graeff to Joe Rodriguez cc Kim Simmons re update | GENE_003005 | GENE_003005 |
| 13. | Various | Email chain involving Joe Rodriguez, Steve Graeff, and Kim Simmons re update | GENE_003000 | GENE_003001 |
| 14. | Various | Email chain involving Kim Simmons, Joe Rodriguez, and Steve Graeff re update | GENE_002888 | GENE_002889 |

AMENDED JOINT TRIAL EXHIBIT LIST
CASE NO. 2:17-cv-00822-JAM-AC

| TRIAL EX. NO. | DATE | DESCRIPTION | BATES START | BATES END |
|---|---|---|---|---|
| **15.** | 7/18/2016 | Email from Steve Graeff to Tim Pruitt re timecard, forwarded July 18, 2016 by Tim Pruitt to Joe Rodriguez | GENE_003036 | GENE_003036 |
| **16.** | Various | Emails from Matt Wehner re work attendance | GENE_001032 | GENE_001054 |
| **17.** | | Joe Rodriguez handwritten note re Matt Wehner - Per emails provided by T. Pruitt | GENE_001075 | GENE_001075 |
| **18.** | 7/21/2016 | Genentech cafeteria surveillance video | GENE_001985 | GENE_001985 |
| **19.** | 7/21/2016 | Genentech hallway surveillance video | GENE_001986 | GENE_001986 |
| **20.** | 7/22/2016 | Incident Report | GENE_001987 | GENE_001987 |
| **21.** | 7/25/2016 | Email from Joe Rodriguez to Steve Graeff re Meeting Talking Points with attachment of Tips and Talking Points for T. Pruitt Discussion | GENE_003080 | GENE_003082 |
| **22.** | 7/25/2016 | Joe Rodriguez's handwritten notes re call with Steve Graeff | GENE_000940 | GENE_000940 |
| **23.** | 7/25/2016 | Email from Joe Rodriguez to Tim Pruitt re Outcome | GENE_003213 | GENE_003213 |
| **24.** | 7/26/2016 | Joe Rodriguez's handwritten notes re voicemail and call with Tim Pruitt | GENE_000937 | GENE_000939 |
| **25.** | 7/26/2016 | Memorandum from Joe Rodriguez to Tim Pruitt re Results of Internal Investigation | GENE_000947 | GENE_000947 |
| **26.** | 7/27/2016 | Steve Graeff typewritten notes re Phone call to Tim Pruitt regarding final decision and termination | GENE_001939 | GENE_001939 |
| **27.** | 7/27/2016 | Email chain involving Javier Vargaz and Joe Rodriguez re Tim Pruitt | GENE_003129 | GENE_003129 |
| **28.** | 8/1/2016 | COBRA Notice to Timothy Pruitt & Family | GENE_003881 | GENE_003890 |
| **29.** | 2012 | Tim Pruitt's 2012 Compensation Statement | GENE_001663 | GENE_001665 |
| **30.** | 2013 | Tim Pruitt's 2013 Compensation Statement | GENE_003872 | GENE_003872 |

| TRIAL EX. NO. | DATE | DESCRIPTION | BATES START | BATES END |
|---|---|---|---|---|
| 31. | 2012 | 2012 Payment Summaries for Tim Pruitt | GENE_000247 | GENE_000281 |
| 32. | 2013 | 2013 Payment Summaries for Tim Pruitt | GENE_000284 | GENE_000337 |
| 33. | 2014 | 2014 Payment Summaries for Tim Pruitt | GENE_000340 | GENE_000395 |
| 34. | 2015 | 2015 Payment Summaries for Tim Pruitt | GENE_000399 | GENE_000452 |
| 35. | 2016 | 2016 Payment Summaries for Tim Pruitt | GENE_000455 | GENE_000488 |
| 36. | 2009 | 2009 RSU Grant Notice | GENE_003891 | GENE_003891 |
| 37. | 2009 | 2009 S-SAR Grant Notice | GENE_003892 | GENE_003892 |
| 38. | 2010 | 2010 RSU Grant Notice | GENE_003893 | GENE_003893 |
| 39. | 2010 | 2010 S-SAR Grant Notice | GENE_003894 | GENE_003894 |
| 40. | 2011 | 2011 S-SAR Grant Notice | GENE_003895 | GENE_003895 |
| 41. | 2012 | 2012 S-SAR Grant Notice | GENE_003896 | GENE_003896 |
| 42. | 2014 | 2014 S-SAR/RSU Grant Notice | GENE_003897 | GENE_003897 |
| 43. | 2015 | 2015 S-SAR/RSU Grant Notice | GENE_003898 | GENE_003898 |
| 44. | 2016 | 2016 S-SAR/RSU Grant Notice | GENE_003899 | GENE_003899 |
| 45. | 2009 | Year End 2009 Statement for Tim Pruitt | GENE_003990 | GENE_003992 |
| 46. | 2010 | Year End 2010 Statement for Tim Pruitt | GENE_003993 | GENE_003995 |
| 47. | 2011 | Year End 2011 Statement for Tim Pruitt | GENE_003996 | GENE_003998 |
| 48. | 2012 | Year End 2012 Statement for Tim Pruitt | GENE_003999 | GENE_004002 |
| 49. | 2013 | Year End 2013 Statement for Tim Pruitt | GENE_004003 | GENE_004006 |
| 50. | 2014 | Year End 2014 Statement for Tim Pruitt | GENE_004007 | GENE_004010 |
| 51. | 2015 | Year End 2015 Statement for Tim Pruitt | GENE_004011 | GENE_004015 |
| 52. | 2016 | Year End 2016 Statement for Tim Pruitt | GENE_004016 | GENE_004023 |
| 53. | 2017 | Year End 2017 Statement for Tim Pruitt | GENE_004024 | GENE_004027 |
| 54. | 7/27/2016 | Tim Pruitt Roche LTI Awards | GENE_003989 | GENE_003989 |
| 55. | 7/14/2018 | Equatex Stock Portfolio Statement for Tim Pruitt | GENE_003900 | GENE_003903 |
| 56. | | Roche S-SAR Plan | GENE_003975 | GENE_003988 |

| TRIAL EX. NO. | DATE | DESCRIPTION | BATES START | BATES END |
|---|---|---|---|---|
| 57. | 8/17/2009 | Plan Description of the Roche Restricted Stock Unit Plan | GENE_003920 | GENE_003924 |
| 58. | 8/17/2009 | Plan Description of the Roche S-SAR Plan and 2009 Addendum United States | GENE_003942 | GENE_003947 |
| 59. | 9/1/2009 | Roche Restricted Stock Unit Plan "Roche RSU Plan" | GENE_003925 | GENE_003937 |
| 60. | 9/1/2009 | Roche S-SAR Plan 2009 Addendum United States | GENE_003970 | GENE_003974 |
| 61. | 9/16/2009 | RSU Plan Agreement | GENE_003919 | GENE_003919 |
| 62. | 9/16/2009 | S-SAR Plan Agreement | GENE_003940 | GENE_003941 |
| 63. | 1/1/2013 | Roche Restricted Stock Unit Plan "Roche RSU Plan" | GENE_003904 | GENE_003918 |
| 64. | 1/1/2013 | Roche S-SAR Plan | GENE_003948 | GENE_003964 |
| 65. | 1/1/2013 | Roche Restated and Amended S-SAR Plan 2013 Addendum United States | GENE_003965 | GENE_003969 |
| 66. | 3/6/2014 | Roche Long Term S-SAR & RSU Plan Agreement | GENE_003938 | GENE_003939 |
| 67. | | Tim Pruitt Resume | Pruitt00567 | Pruitt00568 |
| 68. | Various | Tim Pruitt job search records October 2016 - May 2017 | Pruitt00444 | Pruitt00551 |
| 69. | Various | Tim Pruitt job search records from July 2017 - May 2018 | Pruitt00733 | Pruitt00857 |
| 70. | Various | Tim Pruitt job search records from May 2018 - October 2018 | Pruitt00935 | Pruitt01077 |
| 71. | Various | Tim Pruitt job search records from October 2018 - February 2019 | Pruitt01092 | Pruitt01223 |
| 72. | 8/21/2017 | Tim Pruitt job search records with Zymergen | Pruitt00918 | Pruitt00918 |
| 73. | 8/3/2018 | Alameda County Human Resource Services My Applications | Pruitt00917 | Pruitt00917 |
| 74. | Various | Alameda County Human Resource Services Department Declaration of Custodian of Records and Document Production | ALAMEDA_COUNTY_000001 | ALAMEDA_COUNTY_000030 |
| 75. | Various | Tim Pruitt job search summary from Monster.com from January 2017 - July 2018 | Pruitt00858 | Pruitt00865 |

| TRIAL EX. NO. | DATE | DESCRIPTION | BATES START | BATES END |
|---|---|---|---|---|
| **76.** | 3/22/2017 | Email from Advantage Resourcing to Tim Pruitt re Onsite Interview with Conduent: 3/23 @ 10AM | Pruitt00668 | Pruitt00673 |
| **77.** | 2017 | Advantage Resourcing pay statements for Tim Pruitt | Pruitt00573 | Pruitt00582 |

Dated: March 5, 2019                    LEVY VINICK BURRELL HYAMS LLP


By:   */s/ Jean K. Hyams* (as authorized on Mar. 5, 2019)
                                    SEAN D. MCHENRY

                                    Attorneys for Plaintiff
                                    TIMOTHY PRUITT



Dated: March 5, 2019                    MCHENRY LAW FIRM


By:   */s/ Sean D. McHenry* (as authorized on Mar. 5, 2019)
                                    SEAN D. MCHENRY

                                    Attorneys for Plaintiff
                                    TIMOTHY PRUITT



Dated: March 5, 2019                    ORRICK, HERRINGTON & SUTCLIFFE LLP


By:                      */s/ Julie A. Totten*
                                    JULIE A. TOTTEN

                                    Attorneys for Defendant
                                    GENENTECH, INC.