LYNNE C. HERMLE (STATE BAR NO. 99779)
lchermle@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
Telephone:    650 614 7400
Facsimile:     650 614 7401

JULIE A. TOTTEN (STATE BAR NO. 166470)
jatotten@orrick.com
LEO MONIZ (STATE BAR NO. 285571)
lmoniz@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA  95814-4497
Telephone:    916 447 9200
Facsimile:     916 329 4900

Attorneys for Defendant
GENENTECH, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY PRUITT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GENENTECH, INC.; AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>　　　　　Defendants. | Case No. 2:17-CV-00822-JAM-AC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT GENENTECH, INC.'s MOTION IN LIMINE NO. 1 TO EXCLUDE EVIDENCE OF DISCRIMINATION COMPLAINTS AND INVESTIGATIONS THEREOF**<br><br>Date:　　April 1, 2019<br>Time:　　9:00 a.m.<br>Courtroom: 6, 14th floor<br>Judge:　　Hon. John A. Mendez<br><br>Date Action Filed:  April 19, 2017<br>Trial Date:  April 1, 2019 |

1   Having considered Defendant Genentech, Inc.'s ("Genentech") Motion in Limine No. 1 to Exclude Evidence of Discrimination Complaints and Investigations Thereof ("Motion in Limine No. 1"), the materials lodged therewith, the other papers and pleadings on file herein, and any oral argument at the hearing on Motion in Limine No. 1, the Court hereby finds there are compelling reasons to grant Genentech's Motion in Limine No. 1.

Accordingly, Genentech's Motion in Limine No. 1is GRANTED, as follows:

All evidence, testimony, and argument concerning the details or substance of Plaintiff Timothy Pruitt's complaints of race discrimination at Genentech, the alleged conduct underlying those complaints, and Genentech's investigation into those complaints, beyond the basic facts that Pruitt complained to Genentech's Employee Relations department of race discrimination by Williams and then Graeff, the dates of the complaints, the persons who investigated the complaints, and the ultimate outcome, are inadmissible.

IT IS SO ORDERED.

Dated: _____, 2019.

_____

Honorable John A. Mendez
United States District Court Judge