LYNNE C. HERMLE (STATE BAR NO. 99779)
lchermle@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: 650 614 7400
Facsimile: 650 614 7401

JULIE A. TOTTEN (STATE BAR NO. 166470)
jatotten@orrick.com
LEO MONIZ (STATE BAR NO. 285571)
lmoniz@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: 916 447 9200
Facsimile: 916 329 4900

Attorneys for Defendant
GENENTECH, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY PRUITT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GENENTECH, INC.; AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>　　　　　Defendants. | Case No. 2:17-CV-00822-JAM-AC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT GENENTECH, INC.'S MOTION IN LIMINE NO. 3 TO EXCLUDE EXHIBIT 93'S MISLEADING, IRRELEVANT STILL-FRAME IMAGES**<br><br>Date:　　　April 1, 2019<br>Time:　　　9:00 a.m.<br>Courtroom: 6, 14th floor<br>Judge:　　　Hon. John A. Mendez<br><br>Date Action Filed: April 19, 2017<br>Trial Date: April 1, 2019 |

1    Having considered Defendant Genentech, Inc.'s ("Genentech") Motion in Limine No. 3 to
2    Exclude Exhibit 93's Misleading, Irrelevant Still-Frame Images ("Motion in Limine No. 3"), the
3    materials lodged therewith, the other papers and pleadings on file herein, and any oral argument
4    at the hearing on Motion in Limine No. 3, the Court hereby finds there are compelling reasons to
5    grant Genentech's Motion in Limine No. 3.

6    Accordingly, Genentech's Motion in Limine No. 3 is GRANTED, as follows: the still-
7    frame images listed as Pruitt's Exhibit 93 are inadmissible and may not be presented for any
8    purpose.

9    **IT IS SO ORDERED.**

10   Dated: _____, 2019.

   Honorable John A. Mendez
   United States District Court Judge