**FILED**

APR 9 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TIMOTHY PRUITT,                ) Case No. 2:17-cv-00822-JAM-AC
            Plaintiff,    )
                               )
v.                             )
                               ) VERDICT FORM
GENENTECH, INC.,               )
                               )
            Defendant.    )
                               )
                               )
_____)

WE, THE JURY, UNANIMOUSLY FIND THE FOLLOWING VERDICT:

**Claim 1: Retaliation in Violation of the Fair Employment and Housing Act, California Government Code Section 12940(h)**

Question No. 1:

Was Plaintiff Timothy Pruitt's complaint of race discrimination a substantial motivating reason for Genentech's decision to discharge him?

                     Yes _____ No __✓__

*If you answered "yes," proceed to Question 2.*
*If you answered "no," proceed to Question 3.*

1

Question No. 2:

    Was Genentech's decision to discharge Mr. Pruitt a substantial factor in causing him harm?

                     Yes _____ No _____

    *Proceed to Question 3.*

## Claim 2: Retaliation in Violation of California Labor Code Section 1102.5

Question No. 3:

    Was Plaintiff Timothy Pruitt's complaint of race discrimination a contributing factor in Genentech's decision to discharge him?

                     Yes ✓ No _____

    *If you answered "yes," proceed to Question 4.*
    *If you answered "no," proceed to Question 5.*

Question No. 4:

    Was Genentech's decision to discharge Mr. Pruitt a substantial factor in causing him harm?

                     Yes ✓ No _____

///
///
///

*If you answered "no" to Questions 1 and 3 then you must answer Question 5 "no."*

*If you answered "yes" to Questions 1 and 2 and/or Questions 3 and 4, then you must answer Questions 5 and 6 "yes."*

**Claim 3: Wrongful Termination in Violation of Public Policy**

Question No. 5:

Was Plaintiff Timothy Pruitt's complaint of race discrimination a substantial motivating reason for Genentech's decision to discharge him?

Yes ✓ No ___

*If you answered "yes," proceed to Question 6.*

Question No. 6:

Was Genentech's decision to discharge Mr. Pruitt a substantial factor in causing him harm?

Yes ✓ No ___

*Proceed to the Instructions in the Damages Section only if you answered "yes" to Questions 1 and 2 and/or to Questions 3 and 4 and/or to Questions 5 and 6. Otherwise, proceed to the end of the form and have the presiding juror sign and date the verdict form.*

///
///

**Damages Section**

Question No. 7

What is the amount of Plaintiff Timothy Pruitt's damages for past economic damages from lost earnings?

_174126_

*If you enter "0" in Question 7, proceed to Question 9. Otherwise, proceed to Question 8.*

Question No. 8

Is Plaintiff Timothy Pruitt entitled to prejudgment interest in the amount of seven percent for damages for past economic loss?

Yes ✓   No ___

*Proceed to Question 9.*

Question No. 9:

What is the present cash value of the amount of Plaintiff Timothy Pruitt's damages for future economic damages from lost earnings?

_0_

*Proceed to Question 10.*

///

Question No. 10:

What is the amount of Plaintiff Timothy Pruitt's damages for past non-economic damages from emotional distress?

__59 000__

*Proceed to Question 11.*

Question No. 11:

What is the amount of Plaintiff Timothy Pruitt's damages for future non-economic damages from emotional distress?

__0__

Have the presiding juror sign and date the verdict form below. Once he or she has done so, notify the court security officer that you have reached a verdict.

Date: April 9, 2019

Signed: *David F. Rountree*
Presiding Juror