# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**TIMOTHY PRUITT,**

      v.

CASE NO: **2:17–CV–00822–JAM–AC**

**GENENTECH, INC.,**

---

**XX** –– **Jury Verdict.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE JURY VERDICT RENDERED 4/9/2019**

 

**Marianne Matherly**
Clerk of Court

ENTERED:  **April 10, 2019**

by: /s/ L. Reader
Deputy Clerk