UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY PRUITT,<br><br>        Plaintiff,<br><br>   v.<br><br>GENENTECH, INC.,<br><br>        Defendant. | No. 2:17-cv-00822-JAM-AC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR SANCTIONS** |

On March 26, 2019, Defendant served a subpoena on Plaintiff, requiring the production of various documents. Defendants served this subpoena despite the Court's admonition to both parties at the pretrial conference that the discovery period had ended. In response, Plaintiff filed a motion for protective order and to quash Defendant's subpoena. ECF No. 139. The Court granted Plaintiff's motion and awarded him sanctions against defense counsel.

The Court awards Plaintiff the cost of drafting his motion. Plaintiff's counsel submitted a declaration detailing how long Darci Burrell, a partner at Levy Vinick Burrell Hyams, LLP, spent on the motion. Decl. of Darci E. Burrell ("Burrell Decl."), ECF

1

No. 151.  The declaration also sets out Burrell's hourly rate.
Id. at 2.  Plaintiff later supplemented Burrell's declaration
with her curriculum vitae.  Darci Burrell CV, ECF No. 165.

As previously explained, a reasonable rate for attorneys in
the Eastern District of California is not the same as a
reasonable rate for attorneys in other districts.  Burrell has
been practicing law for nearly 25 years across both the public
and private sectors.  Id.  In the Eastern District, a reasonable
hourly rate for someone with Burrell's training and experience is
$530 per hour.  See, e.g., Early v. Keystone Restaurant Group,
LLC, No. 16-cv-00740-JAM-DB, 2019 WL 918211 at *5 (E.D. Cal. Feb.
25, 2019).  Burrell spent 4.4 hours researching and drafting
Plaintiff's motion.  Burrell Decl. at 2.  The Court awards
Plaintiff $2,332 to be paid by Defendant's attorneys within ten
(10) days of this order.

IT IS SO ORDERED.
Dated: April 17, 2019

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE

2