1  JEAN K. HYAMS (STATE BAR NO. 144425)
   jean@levyvinick.com
2  LEVY VINICK BURRELL HYAMS LLP
   180 Grand Avenue, Suite 1300
3  Oakland, CA 94612
   Tel.: (510) 318-770
4
   SEAN D. MCHENRY (SBN 284175)
5  sean@mchenryemployment.com
   MCHENRY LAW FIRM
6  201 Spear Street, Suite 1100
   San Francisco, CA 94105
7  Telephone:    415-494-8422
8  Attorneys for Plaintiff
   TIMOTHY PRUITT
9
   LYNNE C. HERMLE (STATE BAR NO. 99779)
10 lchermle@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
11 1000 Marsh Road
   Menlo Park, CA  94025-1015
12 Telephone:    650-614-7400
   Facsimile:    650-614-7401
13
   JULIE A. TOTTEN (STATE BAR NO. 166470)
14 jatotten@orrick.com
   LEO MONIZ (STATE BAR NO. 285571)
15 lmoniz@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
16 400 Capitol Mall, Suite 3000
   Sacramento, CA  95814-4497
17 Telephone:    916-447-9200
   Facsimile:    916-329-4900
18
   Attorneys for Defendant
19 GENENTECH, INC.

20             UNITED STATES DISTRICT COURT

21            EASTERN DISTRICT OF CALIFORNIA

22
   TIMOTHY PRUITT,                         Case No. 2:17-CV-00822-JAM-AC
23
                    Plaintiff,             **JOINT STIPULATION AND ORDER**
24                                         **STAYING ENFORCEMENT OF**
          v.                               **JUDGMENT PENDING APPEAL**
25
   GENENTECH, INC.; AND DOES 1
26 THROUGH 10, INCLUSIVE,

27                Defendants.

28

**STIPULATION**

Pursuant to Eastern District of California Local Rules 143, Plaintiff Timothy Pruitt and Defendant Genentech, Inc., by their undersigned counsel, hereby stipulate as follows:

WHEREAS, the Court entered judgment on April 10, 2019 (Dkt. 164);

WHEREAS, Plaintiff filed a Notice of Appeal on May 9, 2019 (Dkt. 173);

WHEREAS, given Plaintiff's appeal and potential changes to the judgment based thereon, and to avoid unnecessary motion practice, the parties believe it is appropriate to stay enforcement of the judgment pending Plaintiff's appeal;

NOW, THEREFORE, the parties stipulate that the Court may enter an order as follows:

1.    Enforcement of the judgment and any proceedings to enforce judgment, by execution or otherwise, are stayed pending the issuance of the mandate of the U.S. Court of Appeals for the Ninth Circuit of any appeal in this case.

2.    Nothing in this Order is intended to diminish, reduce, or lessen any rights or remedies to which any party may be entitled.

**IT IS SO STIPULATED.**

Dated: May 16, 2019              MCHENRY LAW FIRM


                                 By: */s/ Sean D. McHenry* (as authorized on May 16, 2019)
                                          SEAN D. MCHENRY

                                      Attorneys for Plaintiff
                                      TIMOTHY PRUITT


Dated: May 16, 2019              ORRICK, HERRINGTON & SUTCLIFFE LLP


                                 By: _____ */s/ Julie A. Totten* _____
                                          JULIE A. TOTTEN

                                      Attorneys for Defendant
                                      GENENTECH, INC.

4132-9645-0332.2

## ORDER

**IT IS SO ORDERED.**

Dated:   May 16, 2019

/s/ John A. Mendez_____

Hon. John A. Mendez

United States District Court Judge