**FILED**

**NOV 27 2019**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| TIMOTHY PRUITT,<br><br>      Plaintiff-Appellant,<br><br> v.<br><br>GENENTECH, INC., a Delaware Corporation,<br><br>      Defendant-Appellee. | No.  19-16005<br><br>D.C. No.<br>2:17-cv-00822-JAM-AC<br>Eastern District of California, Sacramento<br><br>ORDER |

Pursuant to the stipulation of the parties (Docket Entry No. 11), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties agree to bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Steven J. Saltiel
Circuit Mediator

/Mediation