JEAN K. HYAMS, ESQ., State Bar No. 144425
E-Mail: jean@levyvinick.com
LEVY VINICK BURRELL HYAMS LLP
180 Grand Avenue, Suite 1300
Oakland, CA 94612
Tel.: (510) 318-7700
Fax: (510) 318-7701

SEAN D. MCHENRY, ESQ., State Bar No. 284175
E-Mail: sean@mchenryemployment.com
MCHENRY LAW FIRM
201 Spear St., Suite 1100
San Francisco, CA 94105
Tel.: (415) 494-8422

Attorneys for Plaintiff
TIMOTHY PRUITT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TIMOTHY PRUITT,

    Plaintiff,

v.

GENENTECH, INC.; AND DOES 1 THROUGH 10, INCLUSIVE,

    Defendants.

Case No. 2:17-cv-00822-JAM-AC

**NOTICE OF SATISFACTION OF LIEN**

Judge: Hon. John A. Mendez
Courtroom: 6 – 14th Floor

Complaint Filed: March 10, 2017
Trial Date: April 1, 2019
Judgment: April 10, 2019

    Plaintiff TIMOTHY PRUITT hereby gives notice of the notice of satisfaction of the lien previously filed by his former attorney, Hoyer & Hicks, in this Action. Satisfaction of the lien is acknowledged by Hoyer & Hicks by signature below.

Acknowledged by:

Dated: December _6, 2019    HOYER & HICKS

By: _____
RICHARD HOYER

1
NOTICE OF SATISFACTION OF LIEN; CASE NO. 2:17-cv-00822-JAM-AC

1 | Respectfully submitted,

Dated: December 10, 2019         LEVY VINICK BURRELL HYAMS LLP

By: _____ */s/ Jean K. Hyams* _____
               JEAN K. HYAMS

Dated: December 10, 2019         MCHENRY LAW FIRM

By: _____ */s/ Sean D. McHenry* _____
               SEAN D. MCHENRY

Attorneys for Plaintiff
TIMOTHY PRUITT